**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SECURE WI-FI LLC, | |
|       Plaintiff, | Civil Action No.: 2:24-cv-00047 |
|       v. | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | JURY TRIAL DEMANDED |
|       Defendants. | |

**DEFENDANTS SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG
ELECTRONICS AMERICA, INC.'S ANSWER, DEFENSES, AND COUNTERCLAIMS
TO PLAINTIFF'S COMPLAINT**

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America. Inc. (collectively, "Defendant" or "Samsung") submits its Answer, Defenses, and Counterclaims to Plaintiff Secure Wi-Fi LLC's ("Plaintiff" or "SWF") Complaint and Jury Demand filed on January 25, 2024 ("Complaint"). Samsung denies the allegations and characterizations in Plaintiff's Complaint unless expressly admitted in the following paragraphs.

**INTRODUCTION[1]**

1.      Samsung admits the Complaint alleges patent infringement but denies that SWF has any viable claim and denies that Samsung has engaged in unlawful infringement of United States Patent Nos. 10,694,384, 9,961,552, and/or 9,717,005 (the "Asserted Patents"). Samsung denies each and every other allegation of Paragraph 1.

**PARTIES**

2.      Samsung is without sufficient information or knowledge to form a belief as to the

---

[1] Headings are provided for convenience only and are not admissions.

1

truth of the allegations of Paragraph 2 and therefore denies them.

3.      Samsung admits that Samsung Electronics Co., Ltd. is a foreign corporation organized under the laws of South Korea and that its principal place of business is at 129 Samsung-Ro Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 433-742, South Korea.

4.      Samsung admits that Samsung Electronics Co., Ltd.'s DX division is responsible for the design, manufacture, and sale of mobile devices such as smartphones. Samsung denies each and every other remaining allegation of Paragraph 4.

5.      Samsung admits that Samsung Electronics America, Inc. is a wholly owned subsidiary corporation of Samsung Electronics Co., Ltd. and is a corporation organized under the laws of New York with its principal place of business at 85 Challenger Rd., Ridgefield Park, New Jersey 07660, and has offices and/or other facilities at 6625 Excellence Way, Plano, Texas 75023. Samsung denies any remaining allegations in Paragraph 5.

6.      Samsung admits that Samsung Electronics America, Inc. has a place of business at 6625 Excellence Way Plano, Texas 75023. Samsung admits that Samsung Electronics America, Inc. has a registered agent at CT Corporation System, 1999 Bryan St., Suite. 900, Dallas, Texas 75201. Samsung denies any remaining allegations in Paragraph 6.

7.      Samsung admits that Samsung Electronics America, Inc. oversees U.S. sales and distribution of Samsung's consumer electronic products. Samsung denies the remaining allegations in Paragraph 7.

8.      Samsung denies each and every allegation set forth in Paragraph 8.

## JURISDICTION AND VENUE

9.      Samsung states that the allegations in Paragraph 9 contain legal conclusions that

2

require no answer. To the extent an answer is required, Samsung admits that the Complaint purports to state claims arising under the patent laws of the United States. Samsung admits, for purposes of this action only, that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C §§ 1331 and 1338(a). Samsung denies any remaining allegations in Paragraph 9 of the Complaint.

10.     Samsung states that the allegations in Paragraph 10 contain legal conclusions that require no answer. To the extent an answer is required, for purposes of this action only, Samsung does not contest personal jurisdiction in this District. Samsung denies that it has committed or is committing any act of patent infringement. Samsung denies any and all remaining allegations in Paragraph 10 of the Complaint.

11.     Samsung denies each and every allegation set forth in Paragraph 11.

12.     Samsung states that the allegations in Paragraph 12 contain legal conclusions that require no answer. To the extent an answer is required, for purposes of this action only, Samsung does not contest that venue is proper in this District, but Samsung denies that venue is convenient and specifically denies that it has committed acts of patent infringement. Samsung admits that Samsung Electronics America Inc. has offices at 6625 Excellence Way, Plano, Texas 75023. Samsung denies any remaining allegations in Paragraph 12 of the Complaint.

13.     Paragraph 13 of the complaint states legal conclusions to which no response is required. To the extent an answer is required, Samsung admits that Samsung Electronics, Co. Ltd. is a foreign corporation. Samsung denies any remaining allegations in Paragraph 13 of the Complaint.

## INFRINGEMENT OF U.S. PATENT NO. 10,694,384

14.     Samsung incorporates by reference the foregoing paragraphs as if set fully set forth

3

herein.

15.     Samsung admits that Exhibit A to the Complaint appears to be a copy of U.S. Patent No. 10,694,384 ("the '384 Patent") which appears to have been issued by the United States Patent and Trademark Office on June 23, 2020. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 15. To the extent a response is necessary, Samsung denies the allegations.

16.     Samsung admits that it makes and sells the Samsung Galaxy S23 smartphone ("Galaxy S23") which has the capability to operate the Android 13 operating system. Samsung denies any remaining allegation in Paragraph 16 of the Complaint.

17.     Samsung admits the Galaxy S23 smartphone has the capability to operate the Android 13 operating system and contains the Snapdragon 8 Gen 2 chipset. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 17.  To the extent a response is necessary, Samsung denies the allegations.

18.     Samsung admits the Galaxy S23 includes the SnapDragon 8 Gen 2 chipset. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 18. To the extent a response is necessary, Samsung denies the allegations.

19.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 19. To the extent a response is necessary, Samsung denies the allegations.

20.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 20. To the extent a response is necessary, Samsung denies the allegations.

4

21.     Samsung admits that the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 21. To the extent a response is necessary, Samsung denies the allegations.

22.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 22. To the extent a response is necessary, Samsung denies the allegations.

23.     Samsung admits that the Galaxy S23 has the capability to connect to Wi-Fi access points. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 23. To the extent a response is necessary, Samsung denies the allegations.

24.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 24. To the extent a response is necessary, Samsung denies the allegations.

25.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 25. To the extent a response is necessary, Samsung denies the allegations.

26.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 26. To the extent a response is necessary, Samsung denies the allegations.

27.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 27. To the extent a response is necessary, Samsung denies the allegations.

28.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 28. To the extent a response is necessary, Samsung denies the allegations.

29.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 29. To the extent a response is necessary, Samsung denies the allegations.

30.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 30. To the extent a response is necessary, Samsung denies the allegations.

31.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 31. To the extent a response is necessary, Samsung denies the allegations.

32.     Samsung admits the Galaxy S23 contains a processor which has the capability to operate the Android operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 32. To the extent a response is necessary, Samsung denies the allegations.

33.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 33. To the extent a response is necessary, Samsung denies the allegations.

34.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 34. To the extent a response is necessary, Samsung denies the allegations.

35.     Samsung is without sufficient information or knowledge at this time to form a belief

as to the truth of the allegations of Paragraph 35. To the extent a response is necessary, Samsung denies the allegations.

36.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 36. To the extent a response is necessary, Samsung denies the allegations.

37.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 37. To the extent a response is necessary, Samsung denies the allegations.

38.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 38. To the extent a response is necessary, Samsung denies the allegations.

39.     Samsung denies each and every allegation set forth in Paragraph 39.

40.     Samsung denies each and every allegation set forth in Paragraph 40.

41.     Samsung denies each and every allegation set forth in Paragraph 41.

42.     Samsung denies each and every allegation set forth in Paragraph 42.

43.     Samsung denies each and every allegation set forth in Paragraph 43.

44.     Samsung admits that it has gained knowledge of the '384 patent due to the filing of the Complaint. Samsung denies each and every remaining allegation set forth in Paragraph 44.

45.     Samsung denies each and every allegation set forth in Paragraph 45.

46.     Samsung states that the allegations in Paragraph 46 contain legal conclusions that require no answer. To the extent an answer is required, Samsung denies the allegations.

47.     Samsung denies each and every allegation set forth in Paragraph 47.

48.     Samsung denies each and every allegation set forth in Paragraph 48.

200771.00002/135536699v.5

49.     Samsung denies each and every allegation set forth in Paragraph 49.

**INFRINGEMENT OF U.S. PATENT NO. 9,961,552**

50.     Samsung incorporates by reference the foregoing paragraphs as if fully set forth herein.

51.     Samsung admits that Exhibit B to the Complaint appears to be a copy of U.S. Patent No. 9,961,552 ("the '552 Patent") which appears to have been issued by the United States Patent and Trademark Office on May 1, 2018. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 51.  To the extent a response is necessary, Samsung denies the allegations.

52.     Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung denies the remaining allegations of Paragraph 52.

53.     Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 53. To the extent a response is necessary, Samsung denies the allegations.

54.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 54. To the extent a response is necessary, Samsung denies the allegations.

55.     Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 55. To the extent a response is necessary, Samsung denies the allegations.

56.     Samsung is without sufficient information or knowledge at this time to form a belief

as to the truth of the allegations of Paragraph 56. To the extent a response is necessary, Samsung denies the allegations.

57.    Samsung admits the Galaxy S23 includes a Snapdragon 8 Gen 2 chipset and has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 57. To the extent a response is necessary, Samsung denies the allegations.

58.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 58. To the extent a response is necessary, Samsung denies the allegations.

59.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 59. To the extent a response is necessary, Samsung denies the allegations.

60.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 60. To the extent a response is necessary, Samsung denies the allegations.

61.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 61. To the extent a response is necessary, Samsung denies the allegations.

62.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 62. To the extent a response is necessary, Samsung denies the allegations.

63.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 63. To the extent a response is necessary, Samsung

200771.00002/135536699v.5

denies the allegations.

64.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 64. To the extent a response is necessary, Samsung denies the allegations.

65.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 65. To the extent a response is necessary, Samsung denies the allegations.

66.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 66. To the extent a response is necessary, Samsung denies the allegations.

67.     Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 67. To the extent a response is necessary, Samsung denies the allegations.

68.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 68. To the extent a response is necessary, Samsung denies the allegations.

69.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 69. To the extent a response is necessary, Samsung denies the allegations.

70.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 70. To the extent a response is necessary, Samsung denies the allegations.

200771.00002/135536699v.5

71.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 71. To the extent a response is necessary, Samsung denies the allegations.

72.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 72. To the extent a response is necessary, Samsung denies the allegations.

73.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 73. To the extent a response is necessary, Samsung denies the allegations.

74.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 74. To the extent a response is necessary, Samsung denies the allegations.

75.    Samsung denies each and every allegation set forth in Paragraph 75.

76.    Samsung denies each and every allegation set forth in Paragraph 76.

77.    Samsung denies each and every allegation set forth in Paragraph 77.

78.    Samsung denies each and every allegation set forth in Paragraph 78.

79.    Samsung denies each and every allegation set forth in Paragraph 79.

80.    Samsung admits that it has gained knowledge of the '552 patent since the filing of the Complaint. Samsung denies each and every remaining allegation set forth in Paragraph 80.

81.    Samsung denies each and every allegation set forth in Paragraph 81.

82.    Samsung states that the allegations in Paragraph 82 contain legal conclusions that require no answer. To the extent an answer is required, Samsung denies the allegations.

83.    Samsung denies each and every allegation set forth in Paragraph 83.

200771.00002/135536699v.5

84.    Samsung denies each and every allegation set forth in Paragraph 84.

85.    Samsung denies each and every allegation set forth in Paragraph 85.

**INFRINGEMENT OF U.S. PATENT NO. 9,717,005**

86.    Samsung incorporates by reference the foregoing paragraphs as if fully set forth herein.

87.    Samsung admits that Exhibit C to the Complaint appears to be a copy of U.S. Patent No. 9,717,005 ("the '005 Patent") which appears to have been issued by the United States Patent and Trademark Office on July 25, 2017. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 87.  To the extent a response is necessary, Samsung denies the allegations.

88.    Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung denies the remaining allegations of Paragraph 88.

89.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 89. To the extent a response is necessary, Samsung denies the allegations.

90.    Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 90. To the extent a response is necessary, Samsung denies the allegations.

91.    Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 91. To the extent a response is necessary, Samsung denies the allegations.

200771.00002/135536699v.5

92.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 92. To the extent a response is necessary, Samsung denies the allegations.

93.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 93. To the extent a response is necessary, Samsung denies the allegations.

94.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 94. To the extent a response is necessary, Samsung denies the allegations.

95.     Samsung admits the Galaxy S23 has the capability to operate the Android 13 operating system. Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the remaining allegations of Paragraph 95. To the extent a response is necessary, Samsung denies the allegations.

96.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 96. To the extent a response is necessary, Samsung denies the allegations.

97.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 97. To the extent a response is necessary, Samsung denies the allegations.

98.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 98. To the extent a response is necessary, Samsung denies the allegations.

99.     Samsung is without sufficient information or knowledge at this time to form a belief

as to the truth of the allegations of Paragraph 99. To the extent a response is necessary, Samsung denies the allegations.

100.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 100. To the extent a response is necessary, Samsung denies the allegations.

101.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 101. To the extent a response is necessary, Samsung denies the allegations.

102.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 102. To the extent a response is necessary, Samsung denies the allegations.

103.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 103. To the extent a response is necessary, Samsung denies the allegations.

104.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 104. To the extent a response is necessary, Samsung denies the allegations.

105.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 105. To the extent a response is necessary, Samsung denies the allegations.

106.     Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 106. To the extent a response is necessary, Samsung denies the allegations.

107.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 107. To the extent a response is necessary, Samsung denies the allegations.

108.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 108. To the extent a response is necessary, Samsung denies the allegations.

109.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 109. To the extent a response is necessary, Samsung denies the allegations.

110.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 110. To the extent a response is necessary, Samsung denies the allegations.

111.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 111. To the extent a response is necessary, Samsung denies the allegations.

112.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 112. To the extent a response is necessary, Samsung denies the allegations.

113.    Samsung is without sufficient information or knowledge at this time to form a belief as to the truth of the allegations of Paragraph 113. To the extent a response is necessary, Samsung denies the allegations.

114.    Samsung denies each and every allegation set forth in Paragraph 114.

115.    Samsung denies each and every allegation set forth in Paragraph 115.

200771.00002/135536699v.5

116.    Samsung denies each and every allegation set forth in Paragraph 116.

117.    Samsung denies each and every allegation set forth in Paragraph 117.

118.    Samsung denies each and every allegation set forth in Paragraph 118.

119.    Samsung admits that it has gained knowledge of the '005 patent due to the filing of the Complaint. Samsung denies each and every remaining allegation set forth in Paragraph 119.

120.    Samsung denies each and every allegation set forth in Paragraph 120.

121.    Samsung states that the allegations in Paragraph 121 contain legal conclusions that require no answer. To the extent an answer is required, Samsung denies the allegations.

122.    Samsung denies each and every allegation set forth in Paragraph 122.

123.    Samsung denies each and every allegation set forth in Paragraph 123.

124.    Samsung denies each and every allegation set forth in Paragraph 124.

## PRAYER FOR RELIEF [RESPONSE]

These paragraphs set forth the statement of relief requested by SWF to which no response is required. Samsung denies that SWF is entitled to any of the requested relief and denies all allegations therein.

## DEMAND FOR JURY TRIAL

SWF's demand for a trial by jury for all issues triable to a jury does not state any allegation to which Samsung is required to respond.

## AFFIRMATIVE AND OTHER DEFENSES

Samsung asserts the following affirmative defenses and other defenses and reserves the right to amend its answer to assert additional defenses as more information becomes available. In asserting the defenses below, Samsung does not assume any burden it would otherwise not have.

## FIRST DEFENSE
## (Non-Infringement)

16

Samsung does not infringe and has not infringed (directly, contributorily, or by inducement), either literally or under the doctrine of equivalents, and is not liable for infringement of any valid and enforceable claim of the Asserted Patents.

### SECOND DEFENSE
### (Invalidity)

The '384, '552 and '005 Patents are invalid for failure to satisfy the conditions of patentability set forth in 35 U.S.C. §§ 1 *et seq.*, including sections 101, 102, 103, and/or 112.

### THIRD DEFENSE
### (Equitable Doctrines)

SWF's claims of patent infringement are barred in whole or in part by the equitable doctrines of waiver, estoppel, acquiescence, laches, and/or unclean hands.

### FOURTH DEFENSE
### (Prosecution History Estoppel)

SWF's claims of patent infringement under the doctrine of equivalents, if any, are barred in whole or in part by the doctrine of prosecution history estoppel and/or prosecution disclaimer.

### FIFTH DEFENSE
### (Limitation on Damages)

SWF's claims for damages are barred to the extent SWF seeks damages beyond the six-year time limitation set forth in 35 U.S.C. §§ 286, 287 and/or 288.

### SIXTH DEFENSE
### (Ensnarement)

SWF's claims of patent infringement under the doctrine of equivalents, if any, are barred under the doctrine of ensnarement.

### SEVENTH DEFENSE
### (License and Exhaustion)

17

SWF's claims of patent infringement are barred to the extent the alleged infringement is licensed, either expressly or impliedly, or otherwise authorized. SWF's claims of patent infringement are also barred to the extent that SWF has exhausted its rights and remedies as to the alleged infringement.

### EIGHTH DEFENSE
### (Extraterritoriality)

SWF's claims for patent infringement are precluded in whole or in part to the extent that any accused functionality or acts are located or performed outside the United States.

### NINETH DEFENSE
### (Failure to State a Claim)

SWF's complaint fails to allege plausible facts in support of any claim for relief and fails to state a claim upon which relief can be granted.

### TENTH DEFENSE
### (Not an Exceptional Case)

If SWF is entitled to any remedy, Plaintiff is not entitled to a finding that this case is exceptional warranting attorney's fees under 35 U.S.C. §285, or pursuant to the Court's inherent power.

### ELEVENTH DEFENSE
### (Not Willful Infringement)

SWF's claims for enhanced damages, if any, and an award of fees and costs against Samsung have no basis in fact or law and should be denied.

### TWELFTH DEFENSE
### (Failure to Mark)

18

SWF's claims for damages prior to the filing of this lawsuit are barred to the extent SWF, its predecessors-in-interest, or licensees were required to, but failed to, comply with the requirements of 35 U.S.C. § 287, including its marking requirement.

**Reservation of All Affirmative Defenses**

Samsung intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure, and it reserves the right to seek leave to amend this Answer to add to, amend, withdraw, or modify these defenses as its investigation continues and as discovery may require.

**COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 13, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively referred to as "Samsung") bring these counterclaims against Plaintiff and Counterclaim-Defendant Secure Wi-Fi LLC, ("Plaintiff" or "SWF") and allege the following:

**PARTIES**

1.      Counterclaim-Plaintiff Samsung Electronics Co., Ltd is a publicly traded corporation organized under the laws of South Korea and that its principal place of business is at 129 Samsung-Ro, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 433-742, South Korea.

2.      Counterclaim-Plaintiff Samsung Electronics America, Inc is a corporation organized under the laws of New York with its principal place of business at 85 Challenger Rd., Ridgefield Park, New Jersey 07660.

3.      Upon information and belief, Counterclaim-defendant Secure Wi-Fi LLC ("SWF") is a Texas limited liability company with its principal place of business at 5900 Balcones Drive, Suite 100, Austin, Texas 7873.

19

## JURISDICTION AND VENUE

4.      Samsung asserts counterclaims seeking declaratory judgment of non-infringement and invalidity of the Asserted Patents. This Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, 2202.

5.      Venue is proper in the Eastern District of Texas, although not the most convenient venue, under 28 U.S.C. §§ 1391 and 1400, by virtue of SWF having filed this action in this District. By filing its Complaint in this District, SWF has consented to personal jurisdiction and venue.

## BACKGROUND

6.      On January 25, 2024, SWF filed its Complaint against Samsung, alleging infringement of the Asserted Patents.

7.      In its Complaint, SWF alleges that it is the owner of the Asserted Patents. (Dkt. No. 1 ¶ 2).

8.      An actual, substantial, and continuing justiciable controversy, within the meaning of 28 U.S.C. §§ 2201 and 2202, exists between SWF and Samsung concerning the alleged validity and infringement of the Asserted Patents.  This controversy is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

## FIRST COUNTERCLAIM
## (NON-INFRINGEMENT OF '384 PATENT)

9.      Samsung incorporates Paragraphs 1 through 8 of their Counterclaims as if fully set forth herein.

10.     Samsung has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '384 Patent.

11.     Samsung is entitled to a declaratory judgment that Samsung does not infringe

20

either directly or indirectly, any valid and enforceable claim of the '384 Patent.

## SECOND COUNTERCLAIM
## (INVALIDITY OF '384 PATENT)

12.     Samsung incorporates Paragraphs 1 through 11 of their Counterclaims as if fully set forth herein.

13.     One or more of the claims of the '384 Patent are invalid for failing to meet the conditions for patentability is 35 U.S.C. § 1 *et seq.*, including §§ 101, 102, 103, and/or 112.

14.     An actual controversy exists between Samsung and SWF based on SWF's having filed the Complaint against Samsung alleging infringement of the '384 Patent.

15.     Samsung has been injured and damaged by SWF's lawsuit asserting invalid patents.

16.     Samsung therefore seeks a declaration that one or more claims of the '384 Patent are invalid for failing to meet the conditions for patentability in 35 U.S.C. § 1 *et seq.*

## THIRD COUNTERCLAIM
## (NON-INFRINGEMENT OF '552 PATENT)

17.     Samsung incorporates Paragraphs 1 through 16 of their Counterclaims as if fully set forth herein.

18.     Samsung has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '552 Patent.

19.     Samsung is entitled to a declaratory judgment that Samsung does not infringe either directly or indirectly, any valid and enforceable claim of the '552 Patent.

## FOURTH COUNTERCLAIM
## (INVALIDITY OF '552 PATENT)

20.     Samsung incorporates Paragraphs 1 through 19 of their Counterclaims as if fully set forth herein.

200771.00002/135536699v.5

21.     One or more claims of the '552 Patent are invalid for failing to meet the conditions for patentability is 35 U.S.C. § 1 *et seq.*, including §§ 101, 102, 103, and/or 112.

22.     An actual controversy exists between Samsung and SWF based on SWF's having filed the Complaint against Samsung alleging infringement of the '552 Patent.

23.     Samsung has been injured and damaged by SWF's lawsuit asserting invalid patents.

24.     Samsung therefore seeks a declaration that one or more claims of the '552 Patent are invalid for failing to meet the conditions for patentability in 35 U.S.C. § 1 *et seq.*

**FIFTH COUNTERCLAIM**
**(NON-INFRINGEMENT OF '005 PATENT)**

25.     Samsung incorporates Paragraphs 1 through 24 of their Counterclaims as if fully set forth herein.

26.     Samsung has not infringed and is not infringing, either directly or indirectly, any valid and enforceable claim of the '005 Patent.

27.     Samsung is entitled to a declaratory judgment that they do not infringe either directly or indirectly, any valid and enforceable claim of the '005 Patent.

**SIXTH COUNTERCLAIM**
**(INVALIDITY OF '005 PATENT)**

28.     Samsung incorporate Paragraphs 1 through 27 of their Counterclaims as if fully set forth herein.

29.     One or more claims of the '005 Patent are invalid for failing to meet the conditions for patentability is 35 U.S.C. § 1 *et seq.*, including §§ 101, 102, 103, and/or 112.

30.     An actual controversy exists between Samsung and SWF based on SWF's having filed the Complaint against Samsung alleging infringement of the '005 Patent.

22

31.     Samsung has been injured and damaged by SWF's lawsuit asserting invalid patents.

32.     Samsung therefore seeks a declaration that one or more claims of the '005 Patent are invalid for failing to meet the conditions for patentability in 35 U.S.C. § 1 *et seq.*

## PRAYER FOR RELIEF

Wherefore, Samsung respectfully prays for judgment in its favor against SWF as follows:

a.  A judgement dismissing with prejudice SWF's Complaint.

b. A judgement denying SWF any relief against Samsung.

c. A judgement declaring that none of the asserted claims of U.S. Patent Nos. 10,694,384, 9,961,552 and 9,717,005 are infringed by Samsung.

d. A judgement declaring that the asserted claims of U.S. Patent Nos. 10,694,384, 9,961,552 and 9,717,005 are invalid.

e. A judgement declaring that this is an exceptional case under 35 U.S.C. § 285 entitling Samsung to their reasonable attorney fees, expenses, and costs in this action.

f.  A judgement awarding Samsung such further relief as the Court may deem just and proper.

## JURY DEMAND

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Samsung respectfully demands a jury trial of all issues triable to a jury in this action.

Date: May 21, 2024

*/s/ Melissa R. Smith*_____

R. Paul Zeineddin

23

Paul.Zeineddin@BlankRome.com
D.C. Bar No. 474734 (Admitted E.D. Tex.)
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 470-2781

-and-

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9527

Andrew R. Kopsidas
Andrew.Kopsidas@BlankRome.com
Walter D. Davis Jr.
Walter.Davis@BlankRome.com
Ameya V. Paradkar
Arun.Paradkar@BlankRome.com
Jonathan England
Jonathan.England@BlankRome.com
Eda Stark
Eda.Stark@BlankRome.com
Sydney A. Salters
Sydney.Salters@BlankRome.com
Benjamin Reyes
Benjamin.Reyes@BlankRome.com
Camila Thorpe
Camila.Thorpe@BlankRome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

Joshua S. Reisberg
Josh.reisberg@BlankRome.com
Michael S. Rubin
Michael.Rubin@Blankrome.com
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020

24

(212) 885-5000


Stephanie Chomentowski
Stephanie.chomentowski@BlankRome.com
**BLANK ROME LLP**
One Logan Square
130 North 18th Street 4-AC
Philadelphia, PA 19103-6998
(215) 569-5500

Cory R. Edwards
Cory.Edwards@BlankRome.com
**BLANK ROME LLP**
444 West Lake Street Suite 1650
Chicago, IL 60606
(312) 776-2600


*Attorneys for Defendants Samsung*
*Electronics Co., Ltd. and Samsung*
*Electronics America, Inc.*

25

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service was served with a copy of this document via the Court's CM/ECF system on May 21, 2024.

*/s/ Melissa R. Smith* _____