**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| SECURE WI-FI LLC, | |
| Plaintiff, | Civil Action No.: 2:24-CV-0047-JRG |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**

Plaintiff Secure Wi-Fi LLC ("Secure Wi-Fi") hereby files the following Answer in response to the Counterclaims filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc (collectively, "Samsung").

**GENERAL DENIAL**

Except as otherwise expressly admitted herein, Secure Wi-Fi denies every allegation contained in the Counterclaims, including but not limited to those contained in the preamble, introduction, and headings. Secure Wi-Fi reserves the right to amend this Answer.

**PARTIES**

1.      Secure Wi-Fi lacks sufficient knowledge or information to admit or deny the allegations of Paragraph 1 and on that basis, denies them.

2.      Secure Wi-Fi lacks sufficient knowledge or information to admit or deny the allegations of Paragraph 2 and on that basis, denies them.

3.      Admitted, except as to the zip code of Secure Wi-Fi's principal place of business, which is 78731.

## JURISDICTION AND VENUE

4.      Secure Wi-Fi admits that Samsung filed Counterclaims in this Court and that the Court has subject matter jurisdiction over the Counterclaims.

5.      Secure Wi-Fi admits that it is subject to the Court's personal jurisdiction with respect to the Counterclaims. Secure Wi-Fi admits that venue is proper. Otherwise, denied.

## BACKGROUND

6.      Admitted.

7.      Admitted.

8.      The allegations of Paragraph 8 are legal conclusions that require no response. Secure Wi-Fi denies that Samsung is entitled to any requested relief.

## FIRST COUNTERCLAIM – INFRINGEMENT OF '384 PATENT

9.      Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-8 above.

10.     Denied.

11.     Denied.

## SECOND COUNTERCLAIM – VALIDITY OF '384 PATENT

12.     Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-11 above.

13.     Denied.

14.     The allegations of Paragraph 14 are legal conclusions that require no response. Secure Wi-Fi denies that Samsung is entitled to any requested relief.

15.     Denied.

16.     Secure Wi-Fi admits that Samsung seeks a declaration that one or more claims of the '384 Patent are invalid. Secure Wi-Fi denies that any claim is invalid. Secure Wi-Fi further denies that Samsung is entitled to any requested relief.

### THIRD COUNTERCLAIM – INFRINGEMENT OF '552 PATENT

17.     Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-16 above.

18.     Denied.

19.     Denied.

### FOURTH COUNTERCLAIM – VALIDITY OF '552 PATENT

20.     Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-19 above.

21.     Denied.

22.     The allegations of Paragraph 22 are legal conclusions that require no response. Secure Wi-Fi denies that Samsung is entitled to any requested relief.

23.     Denied.

24.     Secure Wi-Fi admits that Samsung seeks a declaration that one or more claims of the '552 Patent are invalid. Secure Wi-Fi denies that any claim is invalid. Secure Wi-Fi further denies that Samsung is entitled to any requested relief.

### FIFTH COUNTERCLAIM – VALIDITY OF '005 PATENT

25.     Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-24 above.

26.     Denied.

27.     Denied.

### SIXTH COUNTERCLAIM – VALIDITY OF '005 PATENT

28.     Secure Wi-Fi repeats and incorporates by reference its responses to Paragraphs 1-27 above.

29.     Denied.

30.     The allegations of Paragraph 30 are legal conclusions that require no response. Secure Wi-Fi denies that Samsung is entitled to any requested relief.

31.     Denied.

32.     Secure Wi-Fi admits that Samsung seeks a declaration that one or more claims of the '005 Patent are invalid. Secure Wi-Fi denies that any claim is invalid. Secure Wi-Fi further denies that Samsung is entitled to any requested relief.

### PRAYER FOR RELIEF

**Answer to Prayer for Relief**

Secure Wi-Fi denies the allegations set for in Samsung's Prayer for Relief, and Secure Wi-Fi further denies that Samsung is entitled to any relief whatsoever, including any relief sought in paragraphs a-f. Samsung's prayer should be denied in its entirety with prejudice, and Samsung should take nothing.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Secure Wi-Fi hereby demands a trial by jury of this action and Samsung's Counterclaims.

Dated: May 23, 2024

Respectfully submitted,

*/s/  Marc Belloli*
Marc Belloli (admitted in EDTX )
California Bar No. 244290
mbelloli@bdiplaw.com
M. Elizabeth Day (admitted in EDTX )
California Bar No. 177125
eday@bdiplaw.com
Jerry D. Tice II (admitted in EDTX )
Texas State Bar No. 24093263
jtice@bdiplaw.com
Denise M. De Mory (admitted in EDTX )
California Bar No. 168076
ddemory@bdiplaw.com
Aaron R. Hand (admitted in EDTX )
California Bar No. 245755
ahand@bdiplaw.com
Gareth DeWalt (admitted in EDTX )
California Bar No. 261479
gdewalt@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 (fax)
E-mail: ddacus@dacusfirm.com

*Attorneys for Plaintiff*
Secure Wi-Fi LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service was served with a copy of this document via the Court's CM/ECF system on May 23, 2024.

*/s/  Marc Belloli*
Marc Belloli