# EXHIBIT B
# Samsung's Updated Trial Witness List

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No.:  2:24-CV-00047-JRG |

**SAMSUNG'S UPDATED TRIAL WITNESS LIST**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung" or "Defendants") hereby identify their updated trial witnesses pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Docket Control Order (Dkt. 24). Samsung makes no representation that each of the witnesses in this identification will ultimately be able or available to attend the trial. Samsung does not know the nature or scope of the testimony or evidence that Plaintiff Secure Wi-Fi LLC ("Secure") may seek to present at trial or what witnesses will be available to testify at trial. As such, Samsung reserves the right to modify, amend, or supplement this identification throughout the balance of this case based on case developments including, but not limited to, the right to (1) not call certain of the listed witnesses, (2) call live or by deposition as its witness at trial any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which Secure objects (including, but not limited to, custodians of records or authors of prior art). Samsung also reserves the right to supplement or modify this identification in response to rulings by the Court (including on any motions).

At this time, Samsung provides the following updated list of trial witnesses:

| No. | Witness | Designation | |
|---|---|---|---|
| | | Will Call | May Call |
| 1 | Dr. Stephen Wicker (Live) | X | |
| 2 | Dr. Thomas Vander Veen (Live) | X | |
| 3 | Dr. Seth Nielson (Live) | | X |
| 4 | Sinjae Kang (Live) | | X |
| 5 | Myunghoon Ahn (Live) | | X |
| 6 | Blake Gaiser (Live) | | X |
| 7 | Any witness identified by Secure on its witness list (live or by deposition) | | X |

Date:  September 22, 2025

*/s/ R. Paul Zeineddin*
R. Paul Zeineddin
Paul.Zeineddin@BlankRome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 470-2781

-and-

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9527

Ameya ("Arun") V. Paradkar
Arun.Paradkar@BlankRome.com
Sean D. Damon
Sean.Damon@BlankRome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

Joshua S. Reisberg
Josh.Reisberg@BlankRome.com
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000

Michael F. Reeder
michael.reeder@blankrome.com
**BLANK ROME LLP**
717 Texas Avenue Suite 1400
Houston, TX 77002
(713) 815-3318

Richard A. Edlin
edlinr@gtlaw.com
**GREENBERG TRAURIG, LLP**
One Vanderbilt Ave

2

      New York, NY 10017
      (212) 801-6528

      Elana B. Araj
      Elana.araj@gtlaw.com
      **GREENBERG TRAURIG, LLP**
      One Vanderbilt Ave
      New York, NY 10017
      (212) 801-6566

      Kathryn E. Albanese
      Katie.albanese@gtlaw.com
      **GREENBERG TRAURIG, LLP**
      One Vanderbilt Ave
      New York, NY 10017
      (212) 801-9200

      *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*