# EXHIBIT C

## Joint Trial Exhibit List

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC,<br><br>      Plaintiff,<br><br>v.<br><br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 2:24-CV-0047-JRG |

## JOINT TRIAL EXHIBIT LIST
## SEPTEMBER 22, 2025

Secure WiFi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|--------|--------|----------|-------------|-------------|----------|
| JX01 | | | United States Patent No. 10,694,384 | SECUREWIFI0000162 | SECUREWIFI0000176 |
| JX02 | | | United States Patent No. 10,694,384 File History | SECUREWIFI0000001 | SECUREWIFI0000161 |
| JX03 | | | Source Code | Source-Code-SAMSUNGEDTX-001 | Source-Code-SAMSUNGEDTX-1656 |
| JX04 | | | Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc.'s Ninth Supplemental Objections and Responses to Plaintiff'S First Set of Interrogatories (Nos. 1-12), dated June 2, 2025 | N/A | N/A |
| JX05 | | | "Maxwell Scan Architecture Version 3A", dated May 7, 2021 | SAMSUNGEDTX00424502 | SAMSUNGEDTX00424526 |
| JX06 | | | Google Declaration: Certificate of Authenticity and related attachments | Dkt. 68, Exhibit E and realted attachements (including SECUREWIFI0001408-1411 and | Dkt. 68, Exhibit E and realted attachements (including SECUREWIFI0001408-1411 and SECUREWIFI0001531-1534) |
| JX07 | | | "Use Secure Wi-Fi on your Galaxy phone", retrieved from https://www.samsung.com/us/support/answer/ANS00089784/, on March 4, 2025 (*subject to MILs*) | SECUREWIFI0002039 | SECUREWIFI0002046 |
| JX08 | | | "What is Samsung Secure Wi-Fi?" captured from https://www.techradar.com/features/what-is-samsung-secure-wi-fi, on April 19, 2025 (*subject to MILs*) | SECUREWIFI0002047 | SECUREWIFI0002061 |
| JX09 | | | "What is Samsung Secure Wi-Fi for Android?", dated December 30, 2019, retrieved from https://www.ctrl.blog/entry/what-is-samsung-secure-wi-fi.html (*subject to MILs*) | SECUREWIFI0002062 | SECUREWIFI0002066 |

Secure WiFi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|---|---|---|---|---|---|
| JX10 | | | Assignment from Empire Technology Development LLC to Techlock IP, LLC, dated October 30, 2023 REEL: 065880 FRAME: 0333 | SECUREWIFI0001163 | SECUREWIFI0001168 |
| JX11 | | | Assignment from Techlock IP, LLC to Secure WiFi LLC, dated December 14, 2023 REEL: 065880 FRAME: 0394 | SECUREWIFI0001169 | SECUREWIFI0001172 |
| JX12 | | | Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc.'s Objections and Responses to Plaintiff'S Second Set of Interrogatories (Nos. 13-17), dated June 2, 2025 | | |
| JX13 | | | Samsung Mobile Device SM-S911B/BE Common Service Manual, dated 2023 | SAMSUNGEDTX00019683 | SAMSUNGEDTX00019794 |
| JX14 | | | Samsung Galaxy S23 User Manual, Rev. 1.2, dated June 2023 | SAMSUNGEDTX00216325 | SAMSUNGEDTX00216516 |
| JX15 | | | S5N5C12A01-6630 WiFi/BT/FM Data Sheet. Revision 0.5, dated August 2019 | SAMSUNGEDTX00291123 | SAMSUNGEDTX00291151 |
| JX16 | | | "Chipset and Solution Requirement Based on Random MAC Utilization during Probing", dated December 3, 2015 (*subject to MILs*) | SAMSUNGEDTX00329908 | SAMSUNGEDTX00329914 |
| JX17 | | | "OCE Technical Specification" | SAMSUNGEDTX00357016 | SAMSUNGEDTX00357070 |
| JX18 | | | "Android Wi-Fi HAL Architecture Connection Part Seminar", dated May 28, 2020 | SAMSUNGEDTX00357286 | SAMSUNGEDTX00357314 |
| JX19 | | | "Wi-Fi CERTIFIED WPA3™ Test Plan Version 3.7", dated 2024 | SAMSUNGEDTX00400269 | SAMSUNGEDTX00400699 |
| JX20 | | | IEEE Standard 802.11 -2012 (Revision of IEEE Std 802.11-2007), Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications | SAMSUNGEDTX00401291 | SAMSUNGEDTX00404083 |

Secure Wi-Fi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|--------|--------|----------|-------------|-------------|----------|
| JX21 | | | IEEE Standard 802.11 -2016 (Revision of IEEE Std 802.11-2012), Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications | SAMSUNGEDTX00405613 | SAMSUNGEDTX00409146 |
| JX22 | | | "Android Wi-Fi: -Google b/128468837", dated December 24, 2024 | SAMSUNGEDTX00415322 | SAMSUNGEDTX00415323 |
| JX23 | | | Spreadsheet titled "Legacy SEA_2013.01-2020.012 (JSR rev).xlsx" | SAMSUNGEDTX00356598 | SAMSUNGEDTX00356598 |
| JX24 | | | Spreadsheet titled "Legacy STA_All Product SKU Financials (IM 01.2013~012.2020) 101823 F (JSR rev).xlsx" | SAMSUNGEDTX00356600 | SAMSUNGEDTX00356600 |
| JX25 | | | Spreadsheet titled "250325_Secure WIFI 든ᅦᅩ ᅵ�든 ᅥ (JSR rev).xlsx" | SAMSUNGEDTX00356602 | SAMSUNGEDTX00356602 |
| JX26 | | | Spreadsheet titled "MX Division_All Product SKU Financials (IM 01.2021~03.2025)_v1 (rev).xlsx" | SAMSUNGEDTX00415222 | SAMSUNGEDTX00415222 |
| JX27 | | | Spreadsheet titled "CE Division 2021.01-2025.03 Updated 2025.05.06 (final for production).xlsx" | SAMSUNGEDTX00425069 | SAMSUNGEDTX00425069 |
| JX28 | | | "Android Wi-Fi: MAC Randomization Behavior", dated December 24, 2024 | SAMSUNGEDTX00415311 | SAMSUNGEDTX00415312 |
| JX29 | | | "Android Wi-Fi: Privacy: MAC Randomization ", dated December 24, 2024 | SAMSUNGEDTX00415324 | SAMSUNGEDTX00415325 |
| JX30 | | | User Manual for S5E8535 Application Processor, Revision .3, dated November 2022 | SAMSUNGEDTX00415326 | SAMSUNGEDTX00420558 |
| JX31 | | | User Manual for S5E5535 Application Processor, Revision 1.2, dated May 2024 | SAMSUNGEDTX00420559 | SAMSUNGEDTX00424447 |
| JX32 | | | "Firmware Design Mime Scan", dated April 1, 2019 (*subject to MILs*) | SAMSUNGEDTX00424478 | SAMSUNGEDTX00424501 |
| JX33 | | | Deposition Exhibit 16 to the Deposition of Sookyung Kim – Secure Wi-Fi LLC v. Samsung, dated May 22, 2025 | SAMSUNGEDTX00425644 | SAMSUNGEDTX00425647 |

Secure WiFi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|--------|--------|----------|-------------|-------------|----------|
| JX34 | | | Samsung Galaxy S10 Series User Manual, Rev. 1.0, dated November 2019 | SAMSUNGEDTX00125844 | SAMSUNGEDTX00126100 |
| JX35 | | | "Samsung 5G Perceptions – Topline Report", dated January 2019 | SAMSUNGEDTX00425383 | SAMSUNGEDTX00425438 |
| JX36 | | | Assignment from Hyoung-Gon LEE to Empire Technology Development LLC, dated October 25, 2012<br>REEL: 030466 FRAME: 0849 | SECUREWIFI0000939 | SECUREWIFI0000943 |
| JX37 | | | "Wi-Fi UI, UX Design 2 Group V0.5", dated December 15, 2022. | SAMSUNGEDTX00362879 | SAMSUNGEDTX00362906 |
| JX38 | | | "Samsung Galaxy Tab Series User Manual, Rev.1.0", dated Nov 2023 | SAMSUNGEDTX00224963 | SAMSUNGEDTX00224985 |
| JX39 | | | Samsung Galaxy A40 Series User Manual, Rev. 1.0, dated Mar 2021 | SECUREWIFI0001914 | SECUREWIFI0001933 |
| JX40 | | | Samsung Galaxy Watch User Manual, Rev. 1.0, dated September 2023 | SAMSUNGEDTX00167383 | SAMSUNGEDTX00167408 |
| JX41 | | | "WiFi Framework Android Q", dated June 17, 2019 | SAMSUNGEDTX00413185 | SAMSUNGEDTX00413252 |
| JX42 | | | Supplemental Samsung Sales Information | SAMSUNGEDTX00512904 | SAMSUNGEDTX00512904 |
| JX43 | | | "Inside the Android OS: Building, Customizing, Managing and Operating Android System Services (Android Deep Dive)" | SAMSUNGEDTX00512813 | SAMSUNGEXTX00512836 |
| JX44 | | | "[DAVINCI] WPA3-SAE-Single PML: Apply specific Algorithm to improve performance" (Presentation) | SAMSUNGEDTX00357258 | SAMSUNGEDTX00357285 |
| JX45 | | | "Wi-Fi Network selection" | SAMSUNGEDTX00512797 | SAMSUNGEDTX00512812 |
| JX46 | | | "The Preferred Network List (PNL) for Devices Connecting to Your Network" | SECUREWIFI0001218 | SECUREWIFI0001222 |
| JX47 | | | "Android 9 release notes" (https://source.android.com/docs/whatsnew/p-release-notes#wi-fi_scoring_improvements) | N/A | N/A |

Secure Wifi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|--------|--------|----------|-------------|-------------|----------|
| JX48 | | | Settlement and License Agreement with California Institute of Technology (*subject to MILs*) | SAMSUNGEDTX00356732 | SAMSUNGEDTX00356757 |
| JX49 | | | Patent License Agreement with Cornell (*subject to MILs*) | SAMSUNGEDTX0356669 | SAMSUNGEDTX00356702 |
| JX50 | | | Wi-Fi License Agreement with HERA Wireless S.A. | SAMSUNGEDTX00356719 | SAMSUNGEDTX00356731 |
| JX51 | | | Patent license Agreement with Modern Telecom Systems ("MTS") | SAMSUNGEDTX00424540 | SAMSUNGEDTX00424550 |
| JX52 | | | Settlement and License Agreement with Palmira Wirelss AG | SAMSUNGEDTX00356642 | SAMSUNGEDTX00356668 |
| JX53 | | | Wi-Fi License Agreement with Sisvel International S.A. | SAMSUNGEDTX00356604 | SAMSUNGEDTX00356641 |
| JX54 | | | Patent License Agreement with WiFi One ("WFO") | SAMSUNGEDTX00356864 | SAMSUNGEDTX00356905 |
| JX55 | | | Linux WPA/WPA2/WPA3/IEEE 802.1X Supplicant (https://w1.fi/wpa_supplicant/) | SAMSUNGEDTX00512884 | SAMSUNGEDTX00512887 |
| JX56 | | | US Patent App. Pub. 2012/0076072 ("Jalfon") | SAMSUNGEDTX00282122 | SAMSUNGEDTX00282132 |
| JX57 | | | US Patent No. 7,885,639 ("Satish") | SAMSUNGEDTX00281417 | SAMSUNGEDTX00281425 |
| JX58 | | | US Patent App. Pub. 2003/0177267 ("Orava") | SAMSUNGEDTX00281650 | SAMSUNGEDTX00281666 |
| JX59 | | | US Patent No. 8,126,476 ("Vardi") | SAMSUNGEDTX00281435 | SAMSUNGEDTX00281453 |
| JX60 | | | ANSI/IEEE Std. 802.11, 1999 Edition (R2003), IEEE 802.11 StandardTM-2012 ("IEEE802.11"),  2012 | SAMSUNGEDTX00329864 | ANSI/IEEE Std. 802.11, 1999 Edition (R2003), IEEE 802.11 StandardTM-2012 ("IEEE802.11"),  2012 |
| JX61 | | | US Patent App. Pub. 2008/0052779 ("Sinha") (*subject to MILs*) | SAMSUNGEDTX00281994 | SAMSUNGEDTX00282012 |
| JX62 | | | Android Wi-Fi - Privacy: MAC Randomization | SAMSUNGEDTX00415324 | SAMSUNGEDTX00415325 |

Secure WiFi v. Samsung,
Case No. 2:24-cv-00047-JRG

| JX NO. | MARKED | ADMITTED | DESCRIPTION | BEGIN BATES | ENDBATES |
|---|---|---|---|---|---|
| JX63 | | | "Use Secure Wi-Fi on your Galaxy phone" | SECUREWIFI0002039 | SECUREWIFI0002046 |
| JX64 | | | Samsung Secure Wifi Financial Data | SAMSUNGEDTX00512888 | SAMSUNGEDTX00512888 |
| JX65 | | | Samsung Secure Wi-Fi Subscription Information | SAMSUNGEDTX00512889 | SAMSUNGEDTX00512889 |
| JX66 | | | Samsung Secure Wi-Fi Subscription Information | SAMSUNGEDTX00512890 | SAMSUNGEDTX00512890 |
| JX67 | | | Samsung Secure Wi-Fi Subscription Information | SAMSUNGEDTX00512891 | SAMSUNGEDTX00512891 |
| JX68 | | | TechLock-SWF Patent Agreement (*subject to MILs*) | SECUREWIFI0002116 | SECUREWIFI0002139 |
| JX69 | | | Linux Device Drivers, Third Edition | SAMSUNGEDTX00512892 | SAMSUNGEDTX00512903 |
| JX70 | | | SWF's Second Supp. Objs. and Responses to Samsung's First Set of Interrogatories (Nos. 1-15) (June 2, 2025) | N/A | N/A |
| JX71 | | | SWF's Objs. and Responses to Samsung's First (sic) Set of Interrogatories (Nos. 1-4) (May 19, 2025) | N/A | N/A |
| JX72 | | | Empire-TechLock Patent Assignment Agreement | SECUREWIFI0001601 | SECUREWIFI0001632 |
| JX73 | | | WO 2007/086705 ("Yun") | SAMSUNGEDTX00282680 | SAMSUNGEDTX00282715 |
| JX74 | | | N10 Buyer Purchasing Survey | SAMSUNGEDTX00295834 | SAMSUNGEDTX00295880 |
| JX75 | | | Samsung, "25 reasons to switch to a Samsung mobile device," <www.samsung.com/> | N/A | N/A |