# EXHIBIT D

**Secure Wi-Fi's Trial Exhibit List**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>SAMSUNG ELECTRONICS CO. LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 2:24-CV-0047-JRG |

**PLAINTIFF SECURE WI-FI'S EXHIBIT LIST**
**SEPTEMBER 22, 2025**

| PX NO. | MARKED | ADMITTED | DESCRIPTION | BEGINBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|---|---|
| PX001 | | | NIST Special Publication titled "Electronic Authentication Guideline – NIST SP 800-63-2", dated August 2013 | SAMSUNGEDTX00306998 | SAMSUNGEDTX00307120 | A, F, H, U, 703 |
| PX002 | | | "Android Partner Sync", dated December 2021 | SAMSUNGEDTX00359195 | SAMSUNGEDTX00359448 | A, H, R, U |
| PX003 | | | "Samsung Galaxy A52 5G Postpaid Kick-Off Presentation", dated January 7, 2021 | SAMSUNGEDTX00414736 | SAMSUNGEDTX00414736 | A, F, H, U, 703 |
| PX004 | | | "Android Bootcamp 2020 – Framework Talk", dated 2020 | SAMSUNGEDTX00413455 | SAMSUNGEDTX00413549 | H, R, U, 703 |
| PX005 | | | "Mainline Talk Android Bootcamp 2020", dated 2020 | SAMSUNGEDTX00413558 | SAMSUNGEDTX00413641 | H, R, U, 703 |
| PX006 | | | Curriculum Vitae of Hyounggon Lee | SECUREWIFI0002114 | SECUREWIFI0002115 | A, F, H, R |
| PX007 | | | "Android Bootcamp 2019 – Wi-Fi", dated March 12, 2019 | SAMSUNGEDTX00411955 | SAMSUNGEDTX00412000 | R, U |
| PX008 | | | "Portfolio Strategy Mobile Moments Full Report", dated January 2022 | SAMSUNGEDTX00415139 | SAMSUNGEDTX00415139 | A, F, H |
| PX009 | | | "Android Wi-Fi: MAC randomization (Random MAC)," dated June 18, 2024 | SAMSUNGEDTX00415224 | SAMSUNGEDTX00415225 | F, H, O, U, 26(a) |
| PX010 | | | "How to Use Samsung Secure Wi-Fi – Samsung Levant", captured from https://www.samsung.com/levant/support/apps-services/how-to-use-secure-wi-fi/, on Apr 19, 2025 | SECUREWIFI0002067 | SECUREWIFI0002070 | A, H, O, 703 |
| PX011 | | | "A Secure Day Out With the Samsung Galaxy A53 5G – Samsung Mobile Press", captured Apr 19, 2025. retrieved from https://www.samsungmobilepress.com/feature-stories/a-secure-day-out-with-thesamsung-galaxy-a53-5g | SECUREWIFI0002087 | SECUREWIFI0002098 | A, H, O, 703 |
| PX012 | | | "What is the secure Wifi feature & how do I enable or use it", dated April 1, 2022, retrieved from https://www.samsung.com/uk/support/mobile-devices/what-is-the-secure-wifi-feature-and-how-do-i-enable-or-use-it/ | SECUREWIFI0002161 | SECUREWIFI0002170 | A, H, O, 703 |
| PX013 | | | "MAC Randomization in Android Wi-Fi", dated Dec 24, 2024 | SAMSUNGEDTX00415321 | SAMSUNGEDTX00415321 | A, B, F, H, I, 703 |
| PX014 | | | Google Patents printout titled "Schemes for Connecting to Wireless Network" | SECUREWIFI0002191 | SECUREWIFI0002200 | B, D |
| PX015 | | | Patent Application titled "Schemes for Connecting to Wireless Network", published May 30, 2014 | SECUREWIFI0001178 | SECUREWIFI0001187 | No objection |
| PX016 | | | "Wear OS by Google Implementation Guide," dated February 20, 2019 | SAMSUNGEDTX00412775 | SAMSUNGEDTX00412789 | A, F, H |
| PX017 | | | "Smart Watch Consumer Deep Dive", dated June 29, 2015 | SAMSUNGEDTX00270159 | SAMSUNGEDTX00270172 | A, F, H, O |
| PX018 | | | "Samsung Galaxy S23 guide: Specs, features, price, and availability", dated May 18, 2023, retrieved from https://www.androidpolice.com/samsung-galaxy-s23/ | SECUREWIFI0001436 | SECUREWIFI0001440 | A, F, H, 703 |

| PX019 | | | "Specs \| Samsung Galaxy S23 & S23+ \| Samsung US", retrieved from https://www.samsung.com/us/smartphones/galaxy-s23/specs, on dated Apr 24, 2024 | SECUREWIFI0001485 | SECUREWIFI0001492 | A, F, H, 703 |
|---|---|---|---|---|---|---|
| PX020 | | | Appendix F to the Opening Expert Report of Robert Akl Report Appendix F, Galaxy S25 Screen Captures | | | 703, DEM |
| PX021 | | | "Android 9 and Random MAC Addresses, " caputered from https://community.ui.com/questions/Android-9-and-Random-MAC-Addresses-Concerned/2226ce41-d8b9-409b-823c-8dc9453805c5 | SECUREWIFI0002160 | SECUREWIFI0002160 | A, F, H, O, U |
| PX022 | | | "Mobile AP \| Samsung Semiconductor Global," captured from https://semiconductor.samsung.com/support/tools-resources/dictionary/semiconductor-glossary-mobile-ap/, on August 15, 2025 | | | A, H, R, U |
| PX023 | | | "The Knox Journals: Safeguarding Your Online Privacy With Galaxy Security", dated Aug 27, 2024, captured from https://www.samsungmobilepress.com/feature-stories/safeguarding-your-onlineprivacy-with-galaxy-security | SECUREWIFI0002081 | SECUREWIFI0002086 | A, F, H, O |
| PX024 | | | "Secure Wi-Fi – Android Central Discussion", captured from https://forums.androidcentral.com/threads/secure-wifi.979614/, on Apr 19, 2025 | SECUREWIFI0002099 | SECUREWIFI0002113 | A, F, H, O, U |
| PX025 | | | Video: "Samsung Galaxy S23 _ Galaxy S23 Ultra - View MAC Address" | SECUREWIFI0001512 | SECUREWIFI0001512 | A, F, H, R, O, S, U, 26(a) |
| PX026 | | | Video: "The Galaxy S23 is AMAZING __ Four Months Later" | SECUREWIFI0001518 | SECUREWIFI0001518 | A, F, H, R, O, S, U, 26(a) |
| PX027 | | | Video: "Galaxy S23 _ Plus _ Set MAC Address Type to Randomized MAC_Phone MAC" | SECUREWIFI0001524 | SECUREWIFI0001524 | A, F, H, R, O, S, U, 26(a) |
| PX028 | | | "Device Summary," dated August 10, 2022 | SAMSUNGEDTX00413912 | SAMSUNGEDTX00413912 | A, F, H, R, U, 703, 26(a) |
| PX029 | | | Galaxy S25 Accused Product used by Dr. Akl (physicaly exhibit) | N/A | N/A | DEM, 703 |

## ABBREVIATION AND FEDERAL RULE OF EVIDENCE KEY TO SAMSUNG'S OBJECTIONS

| LETTER | OBJECTION | APPLICABLE RULE(S) |
|---|---|---|
| A | Requires authentication or identification | FRE 901 |
| B | Best evidence rules prohibit introduction | FRE 1001-1002 |
| C | Improper compilation of separate documents | FRE 403, 901 |
| D | Duplicative/Cumulative | |
| E | Improper examination (vague, ambiguous, loaded, leading, etc.) | FRE 402, 403, 602, 611 |
| F | Lack of foundation/ personal knowledge (incl. calls for speculation) | FRE 402, 403, 602, 611 |
| H | Hearsay if offered for the truth of the matter asserted | FRE 801, 802, 805 |
| I | Incomplete document or testimony | FRE 106, 403 |
| M | Offer or discussion for settlement or compromise | FRE 408 |
| N | Exhibit not produced in discovery | FRE 403, FRCP 37 |
| O | Improper expert opinion testimony, including opinion subject to a motion to strike | FRE 701-704 |
| P | Privileged or attorney work product | FRE 501, 502 |
| R | Lack of relevance | FRE 401,402 |
| S | Summary requiring underlying data or information | FRE 1006 |
| U | Unduly prejudicial, wasteful, confusing, misleading or cumulative | FRE 403 |
| DEM | Demonstrative/should not be admitted as evidence | |
| DEP | Deposition transcript/should not be admitted as evidence | |
| 703 | Relied upon by expert, but otherwise inadmissible | FRE 703 |
| 26(a) | Exhibit inadmissible during expert testimony where expert did not disclose document in expert opinion served under Rule 26 | FRCP 26(a)(2)(B) |
| MIS | Mischaracterization in description | |
| ILL | Illegible (partly or wholly) | |
| MIL | Admissibility Subject to Motion-in-Limine | |