# EXHIBIT E

# Samsung's Trial Exhibit List

Secure Wi-Fi v. Samsung,
Case No. 2:24-cv-00047-JRG

| DX NO. | MARKED | ADMITTED | DESCRIPTION | BEGINBATES | ENDBATES | OBJECTIONS |
|---|---|---|---|---|---|---|
| DX001 | | | "Cellular Convergence and the Death of Privacy" | SAMSUNGEDTX00512875 | SAMSUNGEDTX00512883 | FRE 402; FRE 403; FRE 802; FRE 901; not produced during fact discovery |
| DX002 | | | TP-Link AX3000 Archer AX55 and Synology RT6600ax | PHYSICAL EXHIBIT | | TP-Link router: FRE 402; FRE 402; FRE 901; Synology Router: FRE 402; FRE 403; FRE 901; not discussed in expert report or disclsoed in fact or expert discovery |
| DX003 | | | Prosecution History of '005 Patent | SECUREWIFI0000177 | SECUREWIFI0000612 | FRE 402; FRE 403; Court MIL No. 1 |
| DX004 | | | Prosecution History of '552 Patent | SECUREWIFI0000627 | SECUREWIFI0000911 | FRE 402; FRE 403; Court MIL No. 1 |
| DX005 | | | MAC Address Modeling Utility by KLC Consulting Security Team ("SMAC") | SAMSUNGEDTX00512262 | SAMSUNGEDTX00512737 | FRE 402; FRE 403; FRE 802; FRE 901; Court MIL No. 4; not produced during fact discovery; motion to strike Wicker |
| DX006 | | | Technitium MAC Address Changer ("TMAC") | SAMSUNGEDTX00512738 | SAMSUNGEDTX00512784 | FRE 402; FRE 403; FRE 802; FRE 901; Court MIL No. 4; not produced during fact discovery; motion to strike Wicker |
| DX007 | | | Affidavit of Mia Ching (Internet Archive/Wayback Machine) | SAMSUNGEDTX00512785 | SAMSUNGEDTX00512787 | FRE 402; FRE 403; FRE 802; FRE 901; not produced during fact discovery |
| DX008 | | | "Mobile Operating System Market Share United States Of America, 2009 - 2025," <gs.statcounter.com>, retrieved July 9, 2025 | N/A | N/A | FRE 402; FRE 403; FRE 802; FRE 901; not produced |
| DX009 | | | "Mobile Vendor Market Share United States of America, 2009 - 2025," <gs.statcounter.com>, retrieved July 9, 2025 | N/A | N/A | FRE 402; FRE 403; FRE 802; FRE 901; not produced |
| DX010 | | | "Tablet Vendor Market Share United States Of America, 2010 - 2025," <gs.statcounter.com>, retrieved July 9, 2025 | N/A | N/A | FRE 402; FRE 403; FRE 802; FRE 901; not produced |
| DX011 | | | U.S. Patent No. 9,717,005 (the "'005 patent") | SECUREWIFI0000613 | SECUREWIFI0000626 | FRE 402; FRE 403; Court MIL No. 1 |
| DX012 | | | U.S. Patent No. 9,961,552 (the "'552 patent") | SECUREWIFI0000912 | SECUREWIFI0000926 | FRE 402; FRE 403; Court MIL No. 1 |
| DX013 | | | Nielson Appendix C - Additional Devices Testing Performed | N/A | N/A | FRE 802 |

Secure Wi-Fi v. Samsung,
Case No. 2:24-cv-00047-JRG

| DX014 | | | Wi-Fi network selection, SOURCE, https://source.android.com/docs/core/connect/wifi-network-selection | N/A | N/A | FRE 402; FRE 403; FRE 802; FRE 901; not produced during fact discovery |
|---|---|---|---|---|---|---|
| DX015 | | | Connect to a virtual private network (VPN) on Android | SAMSUNGEDTX00512788 | SAMSUNGEDTX00512788 | FRE 402; FRE 402; FRE 802; FRE 901; not produced in fact discovery |
| DX016 | | | Samsung Max VPN & Data Saver | SAMSUNGEDTX00512789 | SAMSUNGEDTX00512791 | FRE 402; FRE 402; FRE 802; FRE 901; not produced in fact discovery |
| DX017 | | | Samsung launches Samsung Max, a Unique Android Application Offering Mobile Data Saving Mode and Privacy Protection Mode | SAMSUNGEDTX00512792 | SAMSUNGEDTX00512794 | FRE 402; FRE 402; FRE 802; FRE 901; not produced in fact discovery |
| DX018 | | | Set up VPN on Android devices | SAMSUNGEDTX00512795 | SAMSUNGEDTX00512796 | FRE 402; FRE 402; FRE 802; FRE 901; not produced in fact discovery |