# EXHIBIT F

**Secure Wi-Fi's Deposition Designations**

The objections use the following abbreviations:

| Code | Objection |
|---|---|
| AAA | Asked and answered |
| AF | Assumes facts not in evidence |
| ARG | Argumentative |
| BSER | Beyond the scope of the expert report |
| CLC | Calls for a legal conclusion |
| COMP | Compound |
| CS | Calls for speculation |
| F | Lacks foundation |
| H | Hearsay |
| IMP C | Improper counter |
| IMP T | Improper translation |
| INQA | Incomplete question or answer, including incomplete hypothetical |
| L | Leading |
| LA | Legal argument |
| MD | Mischaracterizes document |
| MT | Misstates testimony |
| NT | Not Testimony |
| PRIV | Privileged |
| R | Relevance |
| SCOPE | Beyond the scope of the deposition notice (including, e.g., 30(b)(6) or subpoena) |
| SRM | Subsequent remedial measures |
| UNE | Unavailability not established |
| V | Vague |
| NR | Non-responsive |
| MIL | Subject to motion(s) *in limine* |
| 403 | Prejudice, confusion, misleading, cumulative, waste of time |
| 602 | Witness lacks personal knowledge |
| 701 | Improper opinion testimony by lay witness |

1

**Myunghoon Ahn (May 19, 2025)**

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations and Objections |
|---|---|---|---|
| 7:24-8:9 | No objection | | |
| 15:24-25 | No objection | | |
| 16:5-10 | No objection | | |
| 16:13-20 | CS, V | 18:15-20; | |
| 16:23-24 | CS, V | 18:15-20; | |
| 17:18-18:6 | No objection | 18:7-9; 18:15-20; | |
| 18:10-14 | No objection | 18:7-9; 18:15-20; | |
| 22:20-25 | SCOPE, V | | |
| 23:5-11 | SCOPE, V | | |
| 23:14-19 | SCOPE, V | | |
| 23:22 | SCOPE, V | | |
| 23:25-25:1 | SCOPE, V | | |
| 25:4-26:8 | SCOPE, V | 26:15-18; 26:21-24; | |
| 26:11-14 | SCOPE, V | 26:15-18; 26:21-24; | |
| 27:7-8 | SCOPE, V | | |
| 27:10-12 | SCOPE, V | | |
| 27:15-17 | SCOPE, V | | |
| 27:19 | SCOPE, V | | |
| 28:9-29:9 | SCOPE, V | 29:10-11; 29:14-16; 30:3-6; 30:12-13; 30:16-18; 30:21-31:2; 31:5; | |
| 31:6-9 | SCOPE, V | 35:23-25; 36:3-9; 36:12-21; 36:24 | |
| 31:12-14 | SCOPE, V | | |
| 31:17-25 | SCOPE, V | | |
| 32:3-5 | SCOPE, V | | |

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations and Objections |
|---|---|---|---|
| 32:8-10 | SCOPE, V | | |
| 32:13 | SCOPE, V | | |
| 33:3-5 | SCOPE | | |
| 33:8-12 | SCOPE | 33:25-34:8; 35:23-25; 36:3-9; 36:12-21; 36:24; | |
| 33:15-24 | SCOPE | 33:25-34:8; 35:23-25; 36:3-9; 36:12-21; 36:24; 63:3-5; 63:10-18; 63:21-22; 64:19-22; 64:25-65:4; | |
| 34:12-15 | SCOPE | 33:25-34:8; 35:23-25; 36:3-9; 36:12-21; 36:24; | |
| 34:18 | SCOPE | 33:25-34:8; 35:23-25; 36:3-9; 36:12-21; 36:24; | |
| 37:22-24 | SCOPE | | |
| 38:2-4 | SCOPE, 602 | | |
| 38:7-12 | SCOPE, 602 | | |
| 38:15-16 | SCOPE | | |
| 38:23-24 | SCOPE | | |
| 39:2-12 | SCOPE | | |
| 39:15-18 | SCOPE | | |
| 39:21-25 | CS, SCOPE | | |
| 40:3-4 | CS, SCOPE | | |
| 40:7-9 | CS, SCOPE | | |
| 40:17-18 | SCOPE | | |
| 40:21-41:10 | SCOPE | 40:13-16; | |
| 41:14-19 | SCOPE | 40:13-16; | |
| 42:4-13 | No objection | 42:14-15; 42:19-21; 44:12-45:2; 46:4-6; 46:9-11; | |

3

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations and Objections |
|---|---|---|---|
| 46:12-15 | No objection | 42:14-15; 42:19-21; 44:12-45:2; 46:4-6; 46:9-11; 46:16-18; 46:21-47:12; 47:16-48:17; | |
| 48:18-49:17 | IMP T | 42:14-15; 42:19-21; 44:12-45:2; 46:4-6; 46:9-11; 46:16-18; 46:21-47:12; 47:16-48:17; 50:7-12; 50:18-22; 50:25-51:3; 51:20-24; 52:6-10; | |
| 49:19-24 | IMP T | 42:14-15; 42:19-21; 44:12-45:2; 46:4-6; 46:9-11; 46:16-18; 46:21-47:12; 47:16-48:17; 50:7-12; 50:18-22; 50:25-51:3; 51:20-24; 52:6-10; | |
| 54:14-55:4 | SCOPE, V | 54:6-13; 55:10-25; 59:7-9; 59:12-16; 59:19-25; 60:3-6; 60:9-10; 60:13-17; 60:20-23; 61:1-6; 61:9-17; 61:20-22; 61:25-62:1; | FRE 402; FRE 403 |
| 55:7-9 | SCOPE | 54:6-13; 55:10-25; 59:7-9; 59:12-16; 59:19-25; 60:3-6; 60:9-10; 60:13-17; 60:20-23; 61:1-6; 61:9-17; 61:20-22; 61:25-62:1; 66:21-23; 67:3-12; | FRE 402; FRE 403 |
| 67:24-68:7 | No objection | 68:8-10 | |
| 69:19-70:9 | SCOPE | 69:4-5; 69:8-10; 77:15-16; | |
| 70:12-23 | L, SCOPE, V | 69:4-5; 69:8-10; | |
| 72:3-6 | SCOPE | | |
| 72:22-23 | CS, SCOPE | | |
| 73:1-3 | CS, SCOPE | | |
| 73:6-9 | CS, SCOPE | | |

4

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations and Objections |
|---|---|---|---|
| 73:25-74:14 | No objection | 74:15-17; 75:4-9 | |
| 75:10-13 | No objection | | |
| 77:2-4 | SCOPE, V | 77:15-16; 77:19-22; 77:25-78:3; 96:12-14 | |
| 77:7-14 | No objection | 77:15-16; 77:19-22; 77:25-78:3; 96:12-14 | |
| 89:17-90:1 | No objection | | |
| 90:10-15 | CLC, SCOPE | | |
| 90:18-20 | CLC, SCOPE | | |
| 90:23 | CLC, SCOPE | | |
| 94:2-4 | PRIV, SCOPE | | |
| 94:9-11 | PRIV, SCOPE | | |
| 94:16 | PRIV, SCOPE | | |
| 95:18-19 | CS, SCOPE, 602 | 96:7-9; 96:12-14 | |
| 95:25-96:1 | CS, SCOPE, 602 | 96:7-9; 96:12-14 | |
| 96:6 | CS, SCOPE, 602 | 96:7-9; 96:12-14 | |

**Sinjae Kang (May 20, 2025)**

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter Designation | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 7:11-14 | No objection | | |
| 9:19-10:6 | No objection | 10:7-8; 11:17-24; 12:7-10 | |
| 13:21-23 | SCOPE, V | 12:21-13:2 | |
| 13:25-15:11 | CS, SCOPE, V | 12:21-13:2 | |
| 15:13-21 | CS, SCOPE, V | | |
| 15:23-16:8 | PRIV, SCOPE | | |
| 16:24-17:1 | PRIV, SCOPE | | |
| 17:20-22 | No objection | 19:5-7 | |
| 18:6-19:1 | No objection | 19:5-7 | |
| 19:8-15 | SCOPE, V | 20:6-8; 23:13-24:5; 37:23-38:4; 41:21-42:1; 49:4-5; 49:7-9; 49:16-50:2; 51:25-52:14; 52:22-53:15; 108:16-18; 109:1-13 | |
| 19:17-19 | SCOPE, V | 20:6-8; 23:13-24:5; 37:23-38:4; 41:21-42:1; 49:4-5; 49:7-9; 49:16-50:2; 51:25-52:14; 52:22-53:15; 108:16-18; 109:1-13 | |
| 22:8-15 | SCOPE, V | | |
| 22:17-23:12 | No objection | 23:13-24:5; 34:20-24; 38:25-39:13; 39:16-40:10; 49:4-5; 49:7-9; 49:16-50:2; | |
| 24:6-19 | No objection | 23:13-24:5; 34:20-24; 38:25-39:13; 39:16-40:10; 49:4-5; 49:7-9; 49:16-50:2; | |
| 26:2-6 | No objection | | |
| 28:24-29:4 | No objection | | |

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter Designation | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 29:16-19 | No objection | | |
| 30:24-32:22 | No objection | 23:13-24:5; 34:20-24; 38:25-39:13; 39:16-40:10; 49:4-5; 49:7-9; 49:16-50:2; | |
| 34:10-13 | No objection | 34:5; 34:7-9 | |
| 36:3-9 | No objection | | |
| 36:14-37:6 | No objection | 38:25-39:13; | |
| 38:8-22 | No objection | 38:25-39:13; | |
| 41:1-20 | No objection | 41:21-42:1; 42:9-11; 42:13-14; | |
| 43:9-24 | No objection | | |
| 44:10-17 | No objection | | |
| 47:17-48:6 | No objection | | |
| 48:12-20 | No objection | | |
| 50:3-7 | No objection | | |
| 54:20-22 | AF, F, MT | | |
| 54:24-56:17 | AF, F, SCOPE, MT | | |
| 57:11-59:12 | No objection | | |
| 59:22-25 | No objection | | |
| 63:13-14 | SCOPE, V, 602, 701 | | |
| 63:20-64:10 | SCOPE, V, 602, 701 | | |
| 64:12 | SCOPE, V, 602, 701 | | |
| 65:19-66:1 | No objection | | |
| 66:18-67:2 | MT, SCOPE, 403 | 66:6-17 | |
| 67:4-8 | MT, SCOPE, 403 | | |
| 67:10-17 | MT, SCOPE, 403 | | |
| 67:20-68:11 | CS, SCOPE, MT, 403 | | |
| 68:13-19 | CS, SCOPE, MT, 403 | 41:21-42:1; 42:9-11; 42:13-14; | |
| 69:8-70:1 | CS, SCOPE, V | | |
| 70:3-6 | CS, SCOPE, V, 602 | | |

7

| Secure Wi-Fi Designations | Defendants' Objections | Defendants' Counter Designation | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 70:8-13 | CS, SCOPE, V, 602 | | |
| 70:15-21 | CS, SCOPE, V, 602 | | |
| 72:19-73:10 | CS, MD, SCOPE, V | | |
| 73:12-15 | CS, MD, SCOPE, V | | |
| 73:17-19 | CS, MD, SCOPE, V | | |
| 73:21-22 | CS, MD, SCOPE, V | Kang Counter-Designation | |
| 74:19-76:13 | No objection | 76:14-19; | |
| 79:1-21 | No objection | 84:21-25; 85:11-20; | |
| 85:21-87:2 | No objection | 85:11-20; | |
| 87:14-19 | No objection | | |
| 87:21-88:13 | No objection | | |
| 90:7-11 | No objection | | |
| 98:2-21 | No objection | 98:22-99:1 | |
| 104:1-9 | No objection | 104:10-14; 106:11-14 | |
| 106:19-22 | AF, F, MD, V | | |
| 106:24-108:10 | AF, F, CS, MT, MD | | |
| 114:14-115:21 | No objection | | |
| 120:13-121:11 | No objection | | |
| 122:23-123:4 | No objection | | |
| 123:6-8 | No objection | | |
| 128:1-3 | PRIV, 602, 701 | | |
| 128:6-7 | PRIV, 602, 701 | | |

8

**Blake Gaiser (May 21, 2025)**

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 8:7-9:5 | No objection | 9:13-10:22 | |
| 9:10-12 | No objection | 9:13-10:22 | |
| 11:6-12:16 | No objection | 13:6-14:2, 14:6, 14:8-9 | |
| 23:16-25:3 | No objection | 25:8, 25:10-12 | |
| 25:5-6 | No objection | 25:8, 25:10-12 | |
| 25:14-17 | CS, SCOPE | 25:8, 25:10-12, 25:22-24, 26:2-5 | |
| 25:19-20 | CS, SCOPE | 25:8, 25:10-12, 25:22-24, 26:2-5 | |
| 26:8-10 | SCOPE | 26:21-27:2 | |
| 26:13-17 | SCOPE | 26:21-27:2 | |
| 26:19 | SCOPE | 26:21-27:2 | |
| 27:3-7 | No objection | 26:21-27:2, 27:8-10, 27:12-14, 28:4-7 | |
| 28:14-15 | No objection | 26:21-27:2, 27:8-10, 27:12-14, 28:21-25 | |
| 28:17-19 | No objection | 26:21-27:2, 27:8-10, 27:12-14, 28:21-25 | |
| 29:10-18 | No objection | 29:19-22 | |
| 29:23-30:5 | No objection | 29:19-22 | |
| 30:13-17 | COMP, SCOPE | 31:3-4, 31:6-12, 31:14-17 | |
| 30:19-23 | No objection | 31:3-4, 31:6-12, 31:14-17 | |
| 30:25-31:1 | No objection | 31:3-4, 31:6-12, 31:14-17 | |
| 31:19-23 | CS, COMP | 33:25-34:11, 35:8-14, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 31:25-32:1 | CS, COMP | 33:25-34:11, 35:8-14, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 35:1-2 | CS, V | 33:25-34:11, 35:8-14, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 35:4-6 | CS, V | 33:25-34:11, 35:8-14, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 37:3-7 | AF, INQA | 33:25-34:25, 35:8-14, 37:19-23, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 37:9-13 | AF, INQA | 33:25-34:25, 35:8-14, 37:19-23, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 37:15-17 | AF, INQA | 33:25-34:25, 35:8-14, 37:19-23, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 38:14-20 | CS | | |
| 38:22-39:12 | CS | 25:8, 25:10-12, 25:22-24, 26:2-5, 31:3-4, 31:6-12, 31:14-17, 32:3-13, 33:25-34:25, 35:8-14, 37:19-23, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 40:5-41:12 | CS | 41:18-42:22, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |
| 41:14-16 | CS | 41:18-42:22, 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2 | |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 43:23-44:17 | CS, V | 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2, 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20, 53:19-22 | |
| 44:19-23 | CS, V | 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2, 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20, 53:19-22 | |
| 44:25-45:1 | CS | 45:3-4, 45:6-13, 45:15-18, 46:13-16, 46:18-23, 46:25-47:2, 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20, 53:19-22 | |
| 47:25-49:13 | No objection | | |
| 53:14-18 | No objection | 53:19-22 | |
| 61:24-62:13 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |
| 62:15-20 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |
| 62:22-25 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |
| 63:2-5 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 63:9-11 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |
| 63:13-16 | CS | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |
| 70:1-24 | No objection | 49:17-50:3, 50:16-19, 50:21-25, 51:2-3, 51:5-10, 52:13-15, 52:17-20 | |

**Sookyung Kim (May 22, 2025)**

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 8:21-9:22 | No objection | 11:10-13, 11:16-18, 14:10-14 | |
| 10:21-23 | No objection | 11:10-13, 11:16-18, 14:10-14 | |
| 11:7-9 | No objection | 11:10-13, 11:16-18, 14:10-14 | |
| 11:24-12:7 | No objection | 12:8-9 | |
| 13:11-14:9 | No objection | 12:8-9 | |
| 17:6-13 | No objection | | |
| 17:21-18:1 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | |
| 19:6-8 | No objection | | |
| 19:11 | No objection | | |
| 22:16-23:13 | No objection | 24:1-25, 25:18-26:11, 27:16-28:13, 30:14-31:13, 31:25-33:2, 33:7-13 | 33:24-34:4; 34:9-13 |
| 34:17-36:16 | AF, CS, INQA | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 36:24 | AF, CS, INQA | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 37:2-5 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 37:23-38:9 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 38:12-39:23 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 40:5-12 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 40:21-41:12 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 41:19-25 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 42:7-10 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 42:13-15 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 42:18-21 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 43:1-3 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 43:8-11 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 43:18-22 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:5-14 | 33:24-34:4; 34:9-13 |
| 44:15-16 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 44:22-45:3 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 45:11-14 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 45:17-19 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 45:21-25 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 46:9-20 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 47:5-7 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 46:9-20 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 47:9-12 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 49:7-10 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 49:14-50:19 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 50:25-51:3 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 51:7-9 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 51:12-14 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 51:19 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 52:10-21 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 52:25-53:2 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 53:4 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 53:11-22 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 54:1-11 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 54:15-55:2 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 55:6-7 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 55:9 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 55:22-56:21 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 56:25-57:2 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 57:4-8 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 57:15-58:14 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 58:18-20 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 58:22-59:10 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 59:17-60:15 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 60:19-25 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 61:4-6 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 61:8-17 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 61:20-62:3 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 62:7-9 | SCOPE | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 62:11-13 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 62:15-19 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 62:21-24 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 63:4 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 63:7-9 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 63:15-19 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |

| Secure Wi-Fi LLC Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Counter-Counter-Designations |
|---|---|---|---|
| 63:21-23 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 64:2-4 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |
| 64:9 | No objection | 19:15-25, 20:6-9, 20:11-21:7, 21:18-23, 33:19-23, 34:5-8, 44:8-14 | 33:24-34:4; 34:9-13 |