# EXHIBIT G

# Samsung's Deposition Designations, Secure Wi-Fi's Objections and Counters, Samsung's Objections to Counters and Cross-Designations

**David White (May 27, 2025)**

| Samsung's Designations | Secure Wi-Fi's Objections | Secure Wi-Fi's Counter Designations | Samsung's Objections | Samsung's Cross-Designations |
|---|---|---|---|---|
| 7:17-8:2 | | | | |
| 12:1-3 | FRE 402; FRE 403; Court MIL No. 13 | 21:2-10; 80:10-81:2 | Improper counter | |
| 16:17-17:1 | | | | |
| 17:5-20 | FRE 402: FRE 403 | | | |
| 21:14-22:15 | FRE 402; FRE 403 | | | |
| 22:19-23:2 | FRE 402; FRE 403 | | | |
| 23:17-23 | FRE 402; FRE 403 | | | |
| 24:6-19 | FRE 402; FRE 402; Court MIL No. 12 | | | |
| 25:9-13 | FRE 402; FRE 403 | | | |
| 27:18-28:23 | FRE 402; FRE 403 | | | |
| 31:11-32:15 | FRE 402; FRE 403; Court MIL No. 1; Daubert Vander Veen | | | |
| 32:19-33:24 | FRE 402; FRE 403; Court MIL No. 12; Daubert Vander Veen | | | |
| 35:3-5 | FRE 402; FRE 403; Court MIL No. 12 | | | |
| 36:16-37:14 | FRE 402; FRE 403; Court MIL No. 12 | Errata sheet at 37:5 | | |
| 39:6-17 | FRE 402; FRE 403; Court MIL Nos. 24-25 | | | |
| 40:11-41:18 | FRE 402; FRE 403; FRE 802; Court MIL Nos. 24-25 | | | |

| | | | | |
|---|---|---|---|---|
| 42:3-11 | FRE 402; FRE 403; Court MIL Nos. 24-25 | | | |
| 43:10-18 | | | | |
| 44:4-11 | | | | |
| 44:24-45:10 | FRE 402; FRE 403; Daubert Vander Veen | | | |
| 46:16-24 | FRE 402; FRE 403; Court MIL No. 1 | | | |
| 47:13-24 | FRE 402; FRE 403 | 47:25-48:21 | | 48:22-49:6 |
| 54:18-55:16 | FRE 402; FRE 403; Court MIL No. 13 | | | |
| 57:22-58:18 | FRE 402; FRE 403; Daubert Vander Veen | | | |
| 60:3-20 | FRE 402; FRE 403; Court MIL Nos. 24-25 | | | |
| 61:5-22 | FRE 402; FRE 403 | | | |
| 62:13-24 | FRE 402; FRE 403; Court MILs No. 24-25 | | | |
| 63:24-65:20 | FRE 402; FRE 403; Court MIL No. 12 | | | |
| 66:9-67:1 | FRE 402; FRE 403; Court MIL No. 1 | | | |
| 68:3-69:20 | FRE 402; FRE 403; Court MIL No. 13 | | | |
| 70:16-71:22 | FRE 402; FRE 403; Court MIL No. 13; FRE 802 | 71:23-72:17 | | |
| 73:5-11 | FRE 402; FRE 403 | | | |
| 73:13-18 | FRE 402; FRE 403 | 73:18-74:1 | | |
| 75:3-6 | | | | |
| 81:7-82:11 | | 21:2-10; 80:10-81:2 | | |