# EXHIBIT I

## Secure Wi-Fi's Proposed Verdict Form

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SECURE WI-FI LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:24-CV-0047-JRG |
| SAMSUNG ELECTRONICS CO. LTD., ET. AL., | § § § | **JURY TRIAL DEMANDED** |
| Defendants | § § | |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be **unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Secure Wi-Fi" refers to Secure Wi-Fi, LLC.

- "Samsung" refers to Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.

- The "'384 patent" refers to U.S. Patent No. 10,694,384.

- The "Asserted Claims" of the '384 patent refers collectively to claims 1, 3-4, 7-13, 17-20, 22 and 24 of the '384 patent.

**<u>IT IS VERY IMPORANT THAT YOU FOLLOW  THE</u>**

**<u>INSTRUCTIONS PROVIDED IN THIS VERDICT  FORM.</u>**

**<u>READ THEM CAREFULLY AND</u>**

**<u>ENSURE YOUR VERDICT COMPLIES WITH  THEM.</u>**

## QUESTION 1: INFRINGEMENT

Has Secure Wi-Fi proven, by a preponderance of the evidence, that Samsung infringed the Asserted Claims of the '384 patent?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for* **Secure Wi-Fi**. *"No" is a finding for* **Samsung**.

| Claim | YES | NO |
|---|---|---|
| Claim 1  | ____ | ____ |
| Claim 3  | ____ | ____ |
| Claim 4  | ____ | ____ |
| Claim 7  | ____ | ____ |
| Claim 8  | ____ | ____ |
| Claim 9  | ____ | ____ |
| Claim 10 | ____ | ____ |
| Claim 11 | ____ | ____ |
| Claim 12 | ____ | ____ |
| Claim 13 | ____ | ____ |
| Claim 17 | ____ | ____ |
| Claim 18 | ____ | ____ |
| Claim 19 | ____ | ____ |
| Claim 20 | ____ | ____ |
| Claim 22 | ____ | ____ |
| Claim 24 | ____ | ____ |

4

## QUESTION 2: INVALIDITY

Did Samsung prove, by clear and convincing evidence, that the following Asserted Claims of the '384 patent are invalid as obvious?

*Answer "Yes" or "No" for each claim* regardless of whether you found the claim to be infringed

*"Yes" is a finding for **Samsung**. "No" is a finding for **Secure Wi-Fi**.*

| Claim | YES | NO |
|---|---|---|
| Claim 1 | ____ | ____ |
| Claim 3 | ____ | ____ |
| Claim 4 | ____ | ____ |
| Claim 7 | ____ | ____ |
| Claim 8 | ____ | ____ |
| Claim 9 | ____ | ____ |
| Claim 10 | ____ | ____ |
| Claim 11 | ____ | ____ |
| Claim 12 | ____ | ____ |
| Claim 13 | ____ | ____ |
| Claim 17 | ____ | ____ |
| Claim 18 | ____ | ____ |
| Claim 19 | ____ | ____ |
| Claim 20 | ____ | ____ |
| Claim 22 | ____ | ____ |
| Claim 24 | ____ | ____ |

## QUESTION 3: INVALIDITY

Did Samsung prove, by clear and convincing evidence, that the following Asserted Claims of the '384 patent are invalid as lacking written description?

*Answer "Yes" or "No" for each claim* regardless of whether you found the claim to be infringed

*"Yes" is a finding for* **Samsung**. *"No" is a finding for* **Secure Wi-Fi**.

| Claim | YES | NO |
|---|---|---|
| Claim 1 | ____ | ____ |
| Claim 3 | ____ | ____ |
| Claim 4 | ____ | ____ |
| Claim 7 | ____ | ____ |
| Claim 8 | ____ | ____ |
| Claim 9 | ____ | ____ |
| Claim 10 | ____ | ____ |
| Claim 11 | ____ | ____ |
| Claim 12 | ____ | ____ |
| Claim 13 | ____ | ____ |
| Claim 17 | ____ | ____ |
| Claim 18 | ____ | ____ |
| Claim 19 | ____ | ____ |
| Claim 20 | ____ | ____ |
| Claim 22 | ____ | ____ |
| Claim 24 | ____ | ____ |

6

## QUESTION 4: PATENT INELIGIBILITY

Did Samsung prove, by clear and convincing evidence, that the limitations of the Asserted Claims of the '384 patent involve only technologies and activities, both alone and in combination, that were well-understood, routine, and conventional from the perspective of a person of ordinary skill in the art as of the priority date of the '384 patent?

*Yes" is a finding for **Samsung**. "No" is a finding for **Secure Wi-Fi.***

**YES**: _____   **NO:** _____

**Only answer Questions 5 and 6 if you found that at least one of the Asserted Claims is both infringed ("YES" to any version of Question 1) and not invalid ("NO" to any version of Question 2, 3 or 4).**

**If you have NOT found ANY of the Asserted Patents infringed and not invalid, proceed to the final page of the Verdict Form.**

## QUESTION 5: WILLFUL INFRINGEMENT

Did Secure Wi-Fi prove by a preponderance of the evidence that Samsung willfully infringed the Asserted Claims of the '384 patent that you found were infringed?

*"Yes" is a finding for **Secure Wi-Fi**. "No" is a finding for **Samsung**.*

'384 Patent           **YES**: \_\_\_\_      **NO**: \_\_\_\_

**Please proceed to the next question.**

## QUESTION 6: DAMAGES

**Answer this question only if you found that at least one of the Asserted Claims was both infringed *and* not invalid.**

What sum of money if any paid now in cash, has Secure Wi-Fi proven by a preponderance of the evidence would compensate Secure Wi-Fi for its damages resulting from infringement of the '384 patent through the date of trial?

Answer in United States Dollars and Cents, if any:

$_____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your <u>unanimous</u> determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below.  Once this is done, notify the Court Security Officer that you have reached a verdict.  The jury foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.


Signed this ____ day of November 2025


_____
**JURY FOREPERSON**