# EXHIBIT J

## Samsung's Proposed Verdict Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SECURE WI-FI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-CV-0047-JRG |
| SAMSUNG ELECTRONICS CO. LTD., ET. AL., | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| Defendants | § | |

---

## <u>VERDICT FORM</u>

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be **<u>unanimous.</u>** Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

1

As used herein, the following terms have the following meanings:

- "Secure Wi-Fi" refers to Secure Wi-Fi, LLC.

- "Samsung" refers to Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

- The "'384 patent" refers to U.S. Patent No. 10,694,384.

- The "Asserted Claims" of the '384 patent refers collectively to claims 1, 3-4, 7-13, 17-20, 22 and 24 of the '384 patent.

**IT IS VERY IMPORANT THAT YOU FOLLOW  THE**

**INSTRUCTIONS PROVIDED IN THIS VERDICT  FORM.**


**READ THEM CAREFULLY AND**

**ENSURE YOUR VERDICT COMPLIES WITH  THEM.**

## QUESTION 1

Did Secure Wi-Fi prove by a preponderance of the evidence that Samsung infringed **ANY** of the Asserted Claims of the '384 patent?

*Answer "Yes" or "No" for each claim.*

Claim 1                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 3                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 4                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 7                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 8                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 9                  **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 10                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 11                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 12                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 13                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 17                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 18                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 19                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 20                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 22                **YES**: \_\_\_\_     **NO**: \_\_\_\_

Claim 24                **YES**: \_\_\_\_     **NO**: \_\_\_\_

**<u>QUESTION 2</u>**

Did Samsung prove, by clear and convincing evidence, that the Asserted Claims of the '384 patent involve only activities that, both alone and in combination, were **well-understood, routine, and conventional** from the perspective of a person of ordinary skill in the art as of the priority date of the '384 patent?

*Answer "Yes" or "No".*

**YES**: _____     **NO:** _____

5

## QUESTION 3

Did Samsung prove by clear and convincing evidence that **ANY** of the following

Asserted Claims of the '384 patent are invalid as **obvious**?

*Answer "Yes" or "No" for each claim.*

Claim 1            **YES**: _____    **NO**: _____

Claim 3            **YES**: _____    **NO**: _____

Claim 4            **YES**: _____    **NO**: _____

Claim 7            **YES**: _____    **NO**: _____

Claim 8            **YES**: _____    **NO**: _____

Claim 9            **YES**: _____    **NO**: _____

Claim 10           **YES**: _____    **NO**: _____

Claim 11           **YES**: _____    **NO**: _____

Claim 12           **YES**: _____    **NO**: _____

Claim 13           **YES**: _____    **NO**: _____

Claim 17           **YES**: _____    **NO**: _____

Claim 18           **YES**: _____    **NO**: _____

Claim 19           **YES**: _____    **NO**: _____

Claim 20           **YES**: _____    **NO**: _____

Claim 22           **YES**: _____    **NO**: _____

Claim 24           **YES**: _____    **NO**: _____

## QUESTION 4

Did Samsung prove by clear and convincing evidence that **ANY** of the following Asserted Claims of the '384 patent are invalid as **lacking adequate written description**?

*Answer "Yes" or "No" for each claim.*

| | | |
|---|---|---|
| Claim 1 | **YES**: ____ | **NO**: ____ |
| Claim 3 | **YES**: ____ | **NO**: ____ |
| Claim 4 | **YES**: ____ | **NO**: ____ |
| Claim 7 | **YES**: ____ | **NO**: ____ |
| Claim 8 | **YES**: ____ | **NO**: ____ |
| Claim 9 | **YES**: ____ | **NO**: ____ |
| Claim 10 | **YES**: ____ | **NO**: ____ |
| Claim 11 | **YES**: ____ | **NO**: ____ |
| Claim 12 | **YES**: ____ | **NO**: ____ |
| Claim 13 | **YES**: ____ | **NO**: ____ |
| Claim 17 | **YES**: ____ | **NO**: ____ |
| Claim 18 | **YES**: ____ | **NO**: ____ |
| Claim 19 | **YES**: ____ | **NO**: ____ |
| Claim 20 | **YES**: ____ | **NO**: ____ |
| Claim 22 | **YES**: ____ | **NO**: ____ |
| Claim 24 | **YES**: ____ | **NO**: ____ |

## <u>If you answered NO on Question 1 for every Asserted Claim, then DO NOT answer Questions 5 and 6.</u>

## <u>Answer Questions 5 and 6 ONLY as to any Asserted Claim that you have found to be infringed (see Question No. 1) AND not ineligible (see Question No. 2), AND not invalid (see Question Nos. 3 and 4)</u>

## **QUESTION 5**

Did Secure Wi-Fi prove by a preponderance of the evidence that Samsung willfully infringed ANY of the Asserted Claims of the '384 patent that you found were infringed?

*Answer "Yes" or "No."*

**YES**: _____     **NO**: _____

**Please proceed to the next question.**

**Answer Questions 6A and 6B only if you found that at least one of the Asserted Claims was infringed AND not ineligible AND not invalid.**

**<u>QUESTION 6A</u>**

What sum of money, if any, if paid now in cash, has Secure Wi-Fi proven by a preponderance of the evidence would fairly and reasonably compensate Secure Wi-Fi for Samsung's infringement?

Answer in United States Dollars and Cents, if any:

$_____

**<u>QUESTION 6B</u>**

Is the total amount that that you found in Question No. 6A a one-time **Lump Sum**, representing damages for past and future sales, or is the total amount a **Running Royalty** for past sales only?

Check ONE of the following:

Lump Sum: _____

**OR**

Running Royalty: _____

## <u>FINAL PAGE OF JURY VERDICT FORM</u>

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your <u>unanimous</u> determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below.  Once this is done, notify the Court Security Officer that you have reached a verdict.  The jury foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___ day of November 2025

_____
**JURY FOREPERSON**

11