IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC | § <br> § <br> § |
| v. | §    Case No.  2:24-cv-00047-JRG <br> § |
| SAMSUNG ELECTRONICS CO., LTD., <br> *et al* | § <br> § |

MINUTES FOR PRETRIAL CONFERENCE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
October 1, 2025

**OPEN: 09:04 AM**                                                            **ADJOURN: 04:15 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Hannah Keidan <br> Rahul Gupta <br> Braden Anderson |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:04 AM | Court opened. |
| 09:05 AM | Court called for announcements from counsel. |
| 09:06 AM | Court provided instructions and housekeeping matters to the parties.  Case is set for jury selection and trial to begin Friday, December 5, 2025.  Trial will follow empanelment of jury.  Eight jurors will be selected.  Peremptory strikes:  Four per side.  *Voir dire:* 30 minutes per side.  Trial time: 11 hours per side.  Opening statements: 30 minutes per side.  Closing arguments: 40 minutes per side.  Court to be notified by 10:00 PM each evening of unresolved disputes/objections.  Four (4) jointly prepared three-ring binders with disputed information are to be delivered to the Court by 7:00 AM the following morning. The Court will be available in chambers by 7:30 AM every morning to take up any housekeeping matters or late-arriving disputes.  Deposition-clip objections and/or disputes are to be taken up by the Court the day before the day such designation is to be used. Deposition clips should be accompanied by closed-captioning.  Court encouraged the parties to utilize the meet and confer process during the course of the trial to resolve disputes.  It is the Court's intention to bring the jury in every morning at 8:30 AM.  Lunch will be brought in daily for the jurors.  Rule 50(a) motions will be |

| TIME | MINUTE ENTRY |
|---|---|
| | heard by the Court after all the evidence is in and Plaintiff rests any rebuttal case. Court will hold an informal charge conference (off the record) after the close of evidence. Formal charge conference will follow thereafter (on the record).  Court reminded counsel not to refer to individuals by their first names, and to advise their respective witnesses re: same.  Court instructed counsel to refer to the Court's Standing Order re: the sealing of the courtroom re: confidential or highly sensitive testimony.  Court instructed the parties to follow the instructions from Deputy Clerk in Charge, Mrs. Kecia Clendening re: receipt, review and return of the Juror Questionnaires.  Court instructed the parties to refer to the Court's Standing Order re: number and use of pre-admitted exhibits.  Parties to be prepared every morning of trial to read into the record those exhibits used prior day.  Prior to trial, parties instructed to meet and confer re: utilization of interpreter and thereafter file a Motion to Appoint with the Court.  Twelve juror notebooks to be delivered to Chambers no later than 12:00 PM noon on Monday, December 1, 2025.  Notebooks to contain: (1) Complete copies of each patent-in-suit (single-sided); (2) Claim construction chart (single-sided); (3) Page for each witness with a recent head and shoulder photograph, name and ruled lines for notetaking; (4) Three-hole punch notepad for further notes; and (5) a non-clicking pen. Each witness page should be tabbed for easy navigation.  Expert report notebooks to be delivered to Chambers no later than 12:00 PM noon on Monday, December 1, 2025 containing printed copies of each expert report (single-sided) (without exhibits).  Also, a digital copy be furnished to Court staff. |
| 09:35 AM | Court proceeded with hearing argument re: the following disputed dispositive motions: |
| 09:35 AM | Samsung's Motion for Summary Judgment of Ineligibility Under 35 U.S.C. § 101 (Dkt. No. 83). |
| 09:36 AM | Argument presented (in order of appearance):<br>• Mr. Joshua Reisberg (Defendants)<br>• Mr. Marc Belloli (Plaintiff) |
| 10:07 AM | Court DENIED Dkt. No. 83. |
| 10:08 AM | Court heard argument re:<br>• Samsung's Corrected Motion for Summary Judgment of Noninfringement of U.S. Patent Nos. 10,694,384, 9,961,552 and 9,717,005 (Dkt. No. 91 *replacing Dkt. No. 89 which Court DENIED as moot*). |
| 10:10 AM | Argument presented (in order of appearance):<br>• Mr. R. Paul Zeineddin (Defendants)<br>• Mr. Jerry Tice (Plaintiff)<br>• Mr. Sean Damon (Defendants)<br>• Mr. Richard Lin (Plaintiff) |
| 11:13 AM | Court DENIED Dkt. No. 91 in its entirety. |
| 11:14 AM | Court heard argument re:<br>• [SEALED] Plaintiff's *Daubert* Motion and Motion to Strike Certain Opinions of Dr. Stephen B. Wicker (Dkt. No. 82). |

| TIME | MINUTE ENTRY |
|---|---|
| 11:15 AM | Argument presented (in order of appearance):<br>• Mr. Jerry Tice (Plaintiff)<br>• Mr. R. Paul Zeineddin (Defendants)<br>• Mr. Joshua Reisberg (Defendants) |
| 11:30 AM | Court made rulings as set forth in the record re: Dkt. No. 82. |
| 11:37 AM | Court heard argument re:<br>• [SEALED] Defendants' Motion to Exclude the Opinions and Testimony of Plaintiff's Technical Expert, Robert Akl (Dkt. No. 87). |
| 11:38 AM | Argument presented (in order of appearance):<br>• Mr. Sean Damon (Defendants)<br>• Mr. Ameya Paradkar (Defendants)<br>• Mr. Richard Lin (Plaintiff)<br>• Mr. Jerry Tice (Plaintiff) |
| 12:15 PM | Court made rulings as set forth in the record re: Dkt. No. 87. |
| 12:23 PM | Court addressed parties' disputes contained in Joint Pretrial Order and provided instruction and guidance thereto as set forth in the record. |
| 12:27 PM | Recess. |
| 01:27 PM | Court reconvened. |
| 01:29 PM | Court continued hearing argument re: disputed dispositive motions: |
| 01:29 PM | Remaining disputed portions of [SEALED] Plaintiff's *Daubert* Motion and Motion to Strike Certain Opinions of Thomas D. Vander Veen (Dkt. No. 81). |
| 01:30 PM | Argument presented (in order of appearance):<br>• Mr. Marc Belloli (Plaintiff)<br>• Mr. R. Paul Zeineddin (Defendants) |
| 01:44 PM | Court made rulings as set forth in the record re: remaining disputed portions of Dkt. No. 81. |
| 01:46 PM | Court heard argument re:<br>• [SEALED] Defendants' *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiff's Damages Expert, Justin Blok (Dkt. No. 85). |
| 01:46 PM | Argument presented (in order of appearance):<br>• Mr. Richard Edlin (Defendants)<br>• Ms. Elizabeth Day (Plaintiff) |
| 02:21 PM | Court made rulings as set forth in the record re: Dkt. No. 85. |
| 02:35 PM | Conclusion of argument re: dispositive motions. |
| 02:35 PM | Disputed MILS: |
| 02:36 PM | Court began hearing argument re: disputed MILS and made rulings as set forth in the record. |
| 03:37 PM | Conclusion of argument re: MIL disputes. |
| 03:38 PM | Recess. |
| 04:10 PM | Court reconvened. |
| 04:10 PM | Counsel provided Court with update re: complete resolution of exhibit disputes. |
| 04:14 PM | Court directed the parties to submit a final joint exhibit list to the Courtroom Deputy within the next 72 hours. |
| 04:14 PM | Completion of pretrial process. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:15 PM | Court adjourned. |