# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD., and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC. § <br> § <br> § <br> Defendants. § <br> § | Case No. 2:24-CV-0047-JRG |

## JOINT NOTICE OF AMENDED COMPOSITE TRIAL EXHIBIT LIST

Plaintiff Secure Wi-Fi LLC ("Secure Wi-Fi") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") hereby submit this Joint Notice of Amended Composite Trial Exhibit List. The Amended Composite Trial Exhibit List, which is attached hereto as **Exhibit A**, reflects all pre-admitted exhibits, including the PX and DX exhibits set forth in the Court's Order dated November 12, 2025. Dkt. 166 at 7-8.

| | |
|---|---|
| */s/ Marc Belloli* <br> Marc Belloli <br> California Bar No. 244290 <br> mbelloli@bdiplaw.com <br> M. Elizabeth Day <br> California Bar No. 177125 <br> eday@bdiplaw.com <br> Jerry D. Tice II <br> Texas State Bar No. 24093263 <br> jtice@bdiplaw.com <br> Richard Lin <br> California Bar No. 209233 <br> rlin@bdiplaw.com <br> Denise M. De Mory <br> California Bar No. 168076 | */s/ Melissa R. Smith* <br> Richard Edlin <br> Edlinr@gtlaw.com <br> Elana B. Araj <br> Elana.Araj@gtlaw.com <br> Kathryn E. Albanese <br> Katie.Albanese@gtlaw.com <br> Omar A. Nesheiwat <br> Omar.Nesheiwat@gtlaw.com <br> **GREENBERG TRAURIG, LLP** <br> One Vanderbilt Ave. <br> New York, NY 10017 <br> (212) 801-9200 <br> <br> R. Paul Zeineddin |

ddemory@bdiplaw.com
Aaron R. Hand
California Bar No. 245755
ahand@bdiplaw.com
Gareth DeWalt
California Bar No. 261479
gdewalt@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
(903) 705-1117
(903) 581-2543 (fax)
E-mail: ddacus@dacusfirm.com

*Attorneys for Plaintiff*
*Secure Wi-Fi LLC*

D.C. Bar No. 474734
paul.zeineddin@blankrome.com
Ameya ("Arun") V. Paradkar
Maryland Bar No. 1312180324 (*pro hac vice*)
arun.paradkar@blankrome.com
Sean D. Damon
D.C. Bar No. 1014471
sean.damon@blankrome.com
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

Joshua S. Reisberg
New York Bar No. 4463139 (admitted *pro hac vice*)
josh.reisberg@blankrome.com
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000

Michael F. Reeder
Texas State Bar No. 24070481
michael.reeder@blankrome.com
**BLANK ROME LLP**
717 Texas Avenue Suite 1400
Houston, TX 77002
(713) 815-3318

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 S Washington Avenue
Marshall, TX 75670
Tel.: (903) 934-8450
Fax: (903) 934-9527

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served December 2, 2025 to all counsel of record, via the Court's CM/ECF system.

*/s/ Melissa R. Smith*