IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SECURE WI-FI LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO. LTD. § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:24-CV-00047-JRG <br><br> FILED UNDER SEAL |

## ORDER

Before the Court is Plaintiff Secure Wi-Fi's ("Secure") Motion to Strike Certain Opinions of Dr. Stephen B. Wicker and Dr. Thomas D. Vander Veen as Violative of the Court's Order Regarding Scope of Supplemental Reports. (Dkt. No. 170). In the Motion, Secure argues that Dr. Wicker and Dr. Vander Veen offer new opinions and evidence regarding the [REDACTED], which should be excluded. (*Id.* at 2-3). Defendant Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung") do not dispute that the opinions by their experts are new. (Dkt. No. 175 at 2.) However, Samsung contends that the opinions are permissible under the Court's directive at the pretrial conference because they respond to new opinions offered by Secure's witnesses in their supplemental reports. (*Id.* at 1-2).

The Court agrees that the additional opinions offered by Samsung's experts are permissible responses to the opinions included in Secure's experts' supplemental reports. Samsung's experts specifically respond to Secure's experts' analyses about the [REDACTED]. (*See id.* at 2-3; 5). These analyses by Secure's

experts were disclosed to Samsung in the supplemental reports for the first time. Samsung's experts may testify to perceived methodological shortcomings of Secure's experts' new analyses.

Therefore, the Court finds that the Motion should be and hereby is **DENIED**. Given that the parties filed this briefing under seal, the Court files this Order under seal as well. However, the parties are directed to jointly prepare a redacted version of this Order for public viewing and to file the same on the Court's docket as an attachment to a Notice of Redaction within five (5) business days of this Order.

**So ORDERED and SIGNED this 3rd day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
